# Correction officer viciously slashed at Rikers Island released from hospital, attends alleged attackers' arraignment

BY CHELSIA ROSE MARCIUS   THOMAS TRACY
NEW YORK DAILY NEWS   Updated: Friday, November 6, 2015, 11:32 PM



The city correction officer who suffered a vicious slashing at Rikers Island left the hospital Friday with a clear destination in mind — the arraignment of two of the men charged with attacking him.

Correction Officer Raymond Calderon, who needed 26 stitches to close the wounds he suffered after the Thursday afternoon attack, was among over two dozen officers who cheered as the two gang members turned inmates were formally charged in Bronx Criminal Court.

The injured officer blended in with the group as Darnell Green, 19, and William Whitfield, 18, were ordered held on $500,000 bail in Bronx Criminal Court.

The drama unfolded as the city jail was locked down all day, as the Correction Department investigated the attack. Two other suspects, Joseph Ordonez, 19, and Dave Johnson, 18, were awaiting arraignment Friday.





Officer Raymond Calderon was slashed when attacked by two inmates at Rikers Island. The prison is trying to identify which inmates are responsible for the attack which sent Calderon to the hospital.

A source said Whitfield and Green — who has been arrested twice in the last year for assaulting correction officers — had "absolutely no history" with Calderon.

"This appears to be a coordinated attack, but why this guard was picked is a mystery," the source said.

Calderon, 31, was monitoring the cells at the George Motchan Detention Center Thursday when Green put him in a chokehold about 5:30 p.m., according to court papers. As Calderon struggled to breathe, Whitfield approached with a sharp object. Calderon kicked at Whitfield, causing both himself and Green to reel backward onto the floor, but Whitfield continued to advance, slashing Calderon across the face and arm as the guard desperately tried to defend himself.



Department investigators have identified one of the inmates involved in the attack, which is believed to be gang related, officials said. (LUCAS JACKSON/REUTERS)

The three-year Department of Correction veteran suffered cuts to his arm and a jagged gash across the side of his face that that started at his forehead and continued down his cheek to his ear.

The attack came as the Department of Correction is about to institute a new federally mandated use-of-force policy in which guards will be banned from hitting inmates in the face and encouraged to talk to combative inmates before using physical force.

Norman Seabrook, president of the Correction Officers' Benevolent Association, said the reforms will lead to more violence like the one that befell Calderon.

"(It) will undoubtedly raise the level of danger faced by the hardworking men and women who patrol city jails," Seabrook said.

WITH REUVEN BLAU, JENNIFER FERMINO

© 2016 New York Daily News