

Today's Top Stories WATCH NOW

  

WABC-TV

  

NEWS

# 5 RIKERS ISLAND CORRECTION OFFICERS BEATEN AND INJURED BY TEEN INMATES

Share  G+1  Tweet  Email



EMBED </>  MORE NEWS VIDEOS

CeFaan Kim reports from Flushing.

CeFaan Kim

Thursday, January 07, 2016

NEW YORK (WABC) -- Five correction officers are in the hospital after allegedly getting beaten by teenage inmates at Rikers Island.

The young attackers are housed in a new unit

## NEWS


Ryan will continue Obamacare repeal and replace effort
Updated 1 min ago


Lawmaker commends Houston PD for finding Tom Brady's jersey
Updated 20 mins ago


AG Jeff Sessions takes aim at sanctuary cities, says DOJ will cut funding
Updated 20 mins ago


ANALYSIS: After defeat, 3 paths ahead for President Trump
Updated 20 mins ago


Victim speaks out after assault, robbery in Brooklyn deli
Updated 50 mins ago

MORE NEWS

## TOP STORIES

for what's called "uncontrollable inmates."

This started with two teenage inmates attacking two correction officers around 5 p.m. Wednesday.

As additional officers jumped in to control the situation, several other inmates, Eyewitness News is told, joined in and began attacking those officers.

The situation quickly escalated and got out of control.

Chemical spray had to be used, at one point an inmate stomped on an officer, and one officer had their hand slammed between a heavy gate.

1 officer has a fractured nose and suffered cuts above his eye.

Another has bumps and bruises all over his face.

A third had the top bone of his foot crushed.

And a fourth, suffered hand injuries from the heavy gate slam. The extent of her injuries is still unknown.

A fifth officer is being treated for exposure to chemical agents that were used when trying to control this assault.

The 16 and 17-year-old inmates allegedly involved are in a unit called "Transitional Repair Unit", or TRU.

It's for youth inmates, under age 21, who used to be in administrative segregation, but the mayor said the policy is not humane, that "punitive segregation" wasn't working, and that it was making people more violent.


Off-duty NYPD detective charged with public lewdness
Updated 1 hr 39 mins ago


Ramarley Graham's mom after officer quits: 'Where's my son's justice?'
Updated 1 hr 34 mins ago


United responds after teen girls barred over leggings
Updated 2 hrs 16 mins ago


1 dead, 2 injured after tractor-trailer slams into vehicle on Cross Bronx

Girl ends up with 3rd-degree burns from homemade slime
Updated 1 hr 32 mins ago

Stabbing suspect's charges upgraded to act of terrorism
Updated 1 hr 2 mins ago

At least 18 hurt in Hong Kong mall escalator accident

SHOW MORE

## TOP VIDEO


Stabbing suspect's charges upgraded to act of terrorism
Updated 1 hr 2 mins ago


Attorney General Jeff Sessions: Sanctuary cities must end
Updated 47 mins ago



'Fearless Girl' statue on Wall Street can ~, 49°
mayor says
Updated 1 hr 9 mins ago



AccuWeather forecast for the New York area

The attack occurred just two months after the head of the corrections officers union warned of a new policy that just went into effect this year would be a recipe for disaster, the union boss says the attack Wednesday has proved his point.

Union officials said they put their officers in harm's way and are livid about this policy change.

"Until the mayor walks in the shoes of a New York City correction officer that has his or her eye socket busted out, then he will have a difference of opinion. We're trying to do this to protect not only correction officers but the wellbeing of the other inmates that are incarcerated in the city's jail system along with the non-uniformed members of the Department of Corrections. Everybody deserves to be safe," said Normal Seabrook, president of COBA.

Seabrook says he would like to see sentences run concurrently for inmates who attack a correction officer.

He says they should receive a minimum of 5-7 years attached to whatever sentence they are serving.

In the last few years, the city had to pay millions to Rikers inmates who were brutally beaten by officers, which led to reform.

**Related Topics:**

news   rikers island   inmates   correction officer

New York City



  

(Copyright ©2017 WABC-TV. All Rights Reserved.)
SECTIONS    TRAFFIC    WATCH    49°

# SPONSORED CONTENT



**CBS News Reports Meal Service is Cheaper Than Grocery Store**
Home Chef



**Mila Kunis Drops Jaws In Recent Photos**
StyleBistro - Look Books



**How To Fix Cracked Feet (Try This)**
Vital Updates



**Bike Through Connecticut's Quiet Corner this Spring**
CT Visit



**Homeowners Who Haven't Missed A Payment in 3 Years Must Read This**
Comparisons.org



**The best pizza in New York**
Time Out NY Kids

# SPONSORED CONTENT

We Tried HelloFresh: Here's How It Went (Popdust)

Kate Middleton's Birthday Outfit Just Went Viral Online (StyleBistro)

Forget 'Googling' Names - This Site Is Addicting (TruthFinder)

(4) Major Heart Attack Red Flags (ggmvi.voluumtrk.com)

# MORE FROM ABC7NY

WWE legend The Ultimate Warrior dies at 54

200 more US troops headed to Iraq to assist Mosul offensive

McDonald's tweet to President Trump: 'You are actually a disgusting excuse of a President'

Deal of the Day: 27% ... ol... ...SECTIONS Bur... (Coupons)

Mick Jagger's girlfriend L'Wren Scott dead in apparent suicide

TRAFFIC    WATCH    49°

Python Eats A Porcupine Whole Then The Unexpected Happens
(theBrofessional.net)

Emails between allegedly kidnapped teen and former teacher reveal 'romantic interest,' says DA

Teen plans to give majority of $500,000 lottery prize to parents

Recommended by

LOAD COMMENTS

**Sponsored From Around the Web**

   

Use This Simple Method To End Tinnitus

7 Brilliant Tricks That Every Gardener Should Know About

20 Mysterious Photos That Cannot Be Explained

How To Lose Weight Fast (Drink This Daily)

    

3 Things You Should Know About Probiotics

Police Urge Americans to Carry This With Them at All Times

Eat These 2 Foods To 'Regrow' New Hair

1 Fruit That "Destroys" Diabetes (Try This Tonight)


WABC-TV

Home

SECTIONS    TRAFFIC    WATCH    49°

Local News

Categories

Station Info

Shows

Apps

Search Our Site [GO]

Follow Us

Privacy Policy

Children's Privacy Policy

Your California Privacy Rights

Terms of Use

Interest-Based Ads

Public Inspection File

Copyright © 2017 ABC Inc., WABC-TV New York. All Rights Reserved.
42em/672px