# Rikers guards attacked, inmate slashed in bloody weekend

BY STEPHEN REX BROWN    REUVEN BLAU
NEW YORK DAILY NEWS    Tuesday, September 13, 2016, 4:00 AM

Video captures inmates attacking Rikers guards
NY Daily News

 



This is no cause for cell-bration.

Days after Mayor de Blasio touted an "astonishing" turnaround at several units in Rikers Island, two inmates unleashed simultaneous attacks against correction officers in an apparent attempt to get transferred out of one of the specialized facilities, sources say.

Around the same time, an inmate was nearly killed after he was slashed in the neck in a different building at the troubled jail complex, capping a bloody Friday.

The disturbing mayhem began at 6:22 p.m. when inmate Tyquan Lesane, 20, assaulted Correction Officer Ernesto Brands, delivering several brutal blows to his face inside the George R. Vierno Center on Rikers Island, a video obtained by the Daily News shows.

At that same moment, inmate Ibrahim Doombouya, 18, who is also a listed as a member of the Bloods gang, assaulted correction officer Timothy Edmund, 26, splashing him with an unknown liquid and striking him in the face. Edmund's then blasted Doombouya with pepper spray, "which achieved the desired effect," documents show.



A bloody Friday on Rikers Island featured two brutal assaults on correction officers by Bloods gang members, as well as a ghastly slashing of an inmate, records show.

The inmates were communicating with each other across a partition moments before the assaults, a source said.

"They occurred simultaneously. It was a planned attack," a source familiar with the incident said.

Photos of Edmund's face shows blood dripping from his left cheek. He needed three stitches to close the wound, a source said. Brands was left with a badly swollen eye.

Correction officials were trying to determine why the inmates had hatched the violent plot.



But a source said the inmates were not fans of the new units that are a central component of Correction Commissioner Joseph Ponte's plan to get the jail under control.

"From what I know they don't like the secure unit and they want to get out," a source said.

"It's not a general population area … (where) you have more gang members with you. The commissary is different. I believe the phone is different."

Later Friday, inmates James Hatcher, 30, and Shawn Young, 32, got in a fight in a holding pen in the Anna M. Kross Center at 7:50 p.m.

Correction Officer Ernesto Brands suffered a swollen eye in one of the two Friday assaults.



The guard assaults and the ghastly slashing of an inmate came only eight days after Mayor de Blasio visited the jail and touted reforms.

Hatcher suffered a gruesome slice in his neck from a half-inch razor.

Photos obtained by the Daily News of Hatcher showed a shocking stream of blood from his neck. He was rushed to Bellevue Hospital where he underwent emergency surgery, a source said.

The violence was not limited to jails on Rikers Island.

On Monday, the city's jail oversight board blasted the department for violating its so-called "Minimum Standards" regulations by placing the entire Brooklyn Detention Complex on lockdown since Friday.



The gory day follows the mayor's recent pronouncement of an "astonishing" Rikers turnaround.

The jailwide lockdown was issued after five slashings in less than two weeks. During the lockdown, inmates are blocked from medical visits, telephone calls, recreation, and religious gatherings.

On Sept. 1, de Blasio toured the Anna M. Kross Center, touting "extraordinary progress" and "long periods without any incident" at two units.

He also hailed a unit in GRVC that went "214 days without a single incident," calling the streak "astonishing."

But the number of stabbing and slashings has actually gone up by 21%, from 108 in fiscal year 2015 to 131 in fiscal year 2016, records show.



Department of Correction Commissioner Joseph Ponte insists his ballyhooed changes are working. (HOWARD SIMMONS)

Critics say the violence is actually far worse but many of the cases are being downgraded or not reported at all.

The News recently highlighted an unusual pattern of incidents at the jail being downgraded, raising concerns among jail staff of statistic manipulation.

"These are numbers never before seen in the history of Rikers Island," de Blasio said.

The Department of Correction has strongly denied any number- fudging.

As for the latest violence, Ponte insisted his ballyhooed changes are working.

"While no assault on an officer or other staff is ever acceptable, our reforms are working to reduce jail violence," said Ponte, noting assaults on staff resulting in serious injury have dropped 40% across the department in the first eight months of this year compared to last.

© 2016 New York Daily News