# Rikers Island inmate recently in mental observation unit attacks correction officer

BY BY REUVEN BLAU
NEW YORK DAILY NEWS   Tuesday, May 3, 2016, 6:34 PM



Last month, the de Blasio administration said it wanted to expand funding for mental health units similar to the one the alleged assailant spent time in before the Tuesday attack. (SETH WENIG/AP)

A city inmate who spent time in the department's new specialized unit for detainees with severe mental illness attacked a correction officer Tuesday, officials said.

Inmate Lloyd Revell, who is facing rape charges, punched city Correction Officer Francis Castro in the face, breaking his jaw, inside the Anna M. Kross Center on Rikers Island at 12:40 p.m., jail insiders said.

It is unclear what triggered the attack. It occurred inside a mental observation unit, department records show.

ALYSSA KATZ: DERANGED, DANGEROUS, DESERTED

Revell had spent time in the department's touted Clinical Alternative to Punitive Segregation (CAPS) unit, sources said.

The de Blasio administration announced late last month that it plans to triple funding for similar intensive-care mental health units. The expansion an additional $8.7 million to add staff for eight new Program to Accelerate Clinical Effectiveness (PACE) units.

All told, de Blasio has added nearly $200 million to the department's budget for a host of changes.



But critics, including multiple health staffers, contend that's still not enough — and that many inmates actually need to be hospitalized to get proper care.

On Tuesday, union jail boss Norman Seabrook blasted the attack.



Correction Officer Francis Castro's jaw was allegedly broken in the attack by inmate Lloyd Revell. (HANDOUT)

"The Mayor put more than $100 million towards mental health initiatives and yet nothing is getting better," Seabrook said in a statement. "We continue to see the city make excuses for inmates that injure officers on a daily basis and no one seems focused on helping protect our brave men and women patrolling the jails. It's time this city focused on these violent inmates assaulting us and everyone else in the jail system."

Revell was re-arrested shortly after the attack, said jail spokeswoman Eve Kessler.

She noted that assaults on staff were down across the board this fiscal year compared to last year.

"Commissioner (Joseph) Ponte has zero tolerance for assaults on staff," she said.

© 2016 New York Daily News