415

| | | |
|---|---|---|
|  | **THE CITY OF NEW YORK**<br>**DEPARTMENT OF CORRECTION**<br># DIRECTIVE |  |

| [ ] NEW | [ ] INTERIM | [X] REVISED | SUBJECT | | | |
|---|---|---|---|---|---|---|
| EFFECTIVE DATE<br>**04/08/99** | | *TERMINATION DATE<br>/    / | **REFERRAL OF INMATES TO MENTAL HEALTH SERVICES** | | | |
| CLASSIFICATION<br># **4018R** | SUPERSEDES<br>**Directive #4018** | DATED<br>**07/18/83** | | DISTRIBUTION<br>**A** | PAGE  1<br>OF **4** PAGES |

| RECOMMENDED FOR APPROVAL BY REVIEW BOARD MEMBER | AUTHORIZED BY THE COMMISSIONER |
|---|---|
| *William J Frasier*<br>WILLIAM J. FRASER, CHIEF OF DEPARTMENT          SIGNATURE | BERNARD B. KERIK                              SIGNATURE |

## I.  PURPOSE

To provide procedures that will ensure early identification and assessment of inmates with possible emotional disorders, and the prompt referral of these inmates to Mental Health Services.

## II.  PROCEDURE

A. MENTAL HEALTH REFERRAL LOGBOOK:

A mental health referral logbook shall be maintained in each facility's Central Control Room. The logbook shall contain the following information:

1. Name/number of the referred inmate;

2. Date/time/tour of referral;

3. Name/shield number of supervisor making the referral;

4. Reason(s) why the inmate was referred - state briefly;

5. Disposition;

6. Any other pertinent information.

B. Whenever a Correction Officer observes or is informed of an inmate exhibiting behavior that may necessitate mental health intervention or a notation has been made on the inmate's commitment papers indicating the need for mental health evaluation or treatment, the Correction Officer shall immediately notify his/her area supervisor.

416



| EFFECTIVE DATE **04/08/99** | SUBJECT **REFERRAL OF INMATES TO MENTAL HEALTH SERVICES** |
|---|---|
| CLASSIFICATION **# 4018R** | |
| DISTRIBUTION **A** | PAGE **2** OF **4** PAGES |



## III.  PROCEDURE  (cont.)

C.  After making the notification, the Correction Officer shall initiate a referral to Mental Health Services by completing the top part of form #4018R (Referral of Inmate to Mental Health Services). The behavioral characteristics displayed by the inmate shall be indicated by circling the appropriate item(s) on the Behavioral Checklist. If the behavior displayed is not listed, the behavior shall be described in the space provided on the form; upon completion, the Correction Officer shall submit the form to his/her area supervisor for endorsement and further processing.

D.  In addition to completing form #4018R, the Correction Officer shall enter the following information in the housing area logbook:

1.  Name, number and cell location of the inmate concerned;

2.  Brief description of the behavior observed;

3.  Name/shield number of the supervisor notified;

4.  Date/time notified;

5.  Name/shield number of the reporting officer.

E.  Upon receiving notification that an inmate may be in need of Mental Health Services, the area supervisor shall ascertain the urgency of the situation and take appropriate action. The supervisor's assessment of the referral and the disposition of handling same, can be carried out by giving oral instruction to the reporting officer or by promptly responding to the area concerned. The assessment should also include interviewing the subject inmate (if feasible), the officer, and any other appropriate parties. In any event, the supervisor shall complete the lower part of form #4018R.

F.  After completing the lower part of form #4018R, the supervisor shall submit the original to Mental Health Services and forward a copy to the designated area of the institution for filing and future reference. In the event that mental health staff is unavailable, form #4018R shall be submitted to the medical staff. If required, the inmate will be taken to the medical clinic.

G.  After submitting form #4018R to mental health or medical services, the supervisor shall make the appropriate entries in the Mental Health Referral Logbook (see paragraph II.A.).

416

| | EFFECTIVE DATE **04/08/99** | SUBJECT **REFERRAL OF INMATES TO MENTAL HEALTH SERVICES** | |
|---|---|---|---|
|  | CLASSIFICATION **# 4018R** | |  |
| | DISTRIBUTION **A** | PAGE **3** OF   **4** PAGES | |

## II.   PROCEDURE  (cont.)

H.   Upon completion of the evaluation, Mental Health Services shall prepare a summary of their findings as outlined on the reverse side of form #4018R.  Mental Health services shall retain a completed copy of form 4018R for their files; additionally, a copy shall be forwarded to medical services and to the Central Control Room, where the Mental Health Referral Logbook is maintained.  The designated person shall then forward a copy of the completed form to the office of the Deputy Warden for Programs.  The Programs Office shall ensure that the completed Mental Health referral form #4018R is filed in the inmate's folder in the General Office.

I.   The Mental Health Referral Logbook shall be reviewed on each tour by the Tour Commander in order to ensure that inmates were evaluated by the Mental Health Staff in a timely manner.  This logbook will be signed by the Tour Commander at the completion of each tour.

J.   All inmates who were referred to Mental Health Services should receive an evaluation no later than forty-eight (48) hours following the referral (emergency cases excluded). This does not preclude examination and/or treatment by the medical staff.

**Note:**  In the interim, between referral and evaluation (depending on the severity of the case), it may be necessary to place the inmate under special observation and/or effect a change of location.

K.   In the event that an inmate is not evaluated/treated within the prescribed period, the Tour Commander shall ensure that the subject inmate is seen as soon as practicable; additionally, a written report shall be submitted to the Head of the Institution (through channels), outlining the reason(s) why the inmate was not seen within the prescribed period.  Any information relative to the inmate's safety and/or the security of the institution should be promptly reported to the Deputy Warden for Security.

## III.   REFERENCE

A.   Directive #4016, MENTAL HEALTH REFERRAL OF INMATES AWAITING DISCIPLINARY ACTION, dated 10/25/82.

B.   Rule & Regulation 7.05.090

416

|  | EFFECTIVE DATE<br>**04/08/99** | SUBJECT<br>**REFERRAL OF INMATES TO MENTAL<br>HEALTH SERVICES** |  |
|---|---|---|---|
| | CLASSIFICATION<br>**# 4018R** | | |
| | DISTRIBUTION<br>**A** | PAGE **4** OF<br>**4**   PAGES | |

## IV.   ATTACHMENT

Form #4018R, REFERRAL OF INMATES TO MENTAL HEALTH SERVICES, dated 4/7/99.

## V.   SUPERSEDES

Directive #4018, REFERRAL OF INMATES TO MENTAL HEALTH SERVICES, dated 07/18/83 (as amended).



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

| **REFERRAL OF INMATES TO MENTAL HEALTH SERVICES** | Side 1 of 2 | FORM NO. 4018R EFF. 04/08/99 REF. DIR. 4018R |



| Inmate's Name: | Book and Case Number: | Location: | Date: |

| Name/Shield Number of Reporting Officer: | Name/Shield Number of Supervisor Notified: |

## BEHAVIORAL CHECKLIST

Listed below are some of the behavioral traits that may indicate a need for Mental Health referral. (Circle the appropriate item[s]).

1.   Showing radical changes in behavior;
2.   Expressing a desire to commit suicide and/or attempting suicide;
3.   Planning to inflict bodily harm, attempting or actually carrying out the act. (This may be expressed verbally or through written communication);
4.   Unable to sleep, particularly at night, awakening at odd hours of the early morning and brooding;
5.   Arranging personal belongings in order, after habitual disorder;
6.   Any signs indicating a trip is being planned e.g., packing personal belongings, discussing travel arrangements etc., when such a trip is not feasible;
7.   Giving away valued possessions, e.g., wearing apparel, books, pictures, cigarettes, commissary, etc.;
8.   Continually refusing to lock-out during lock-out periods;
9.   Hiding or attempting to hide, from view of the correction officer/observation aide;
10.   Appearing to be talking to someone when , in fact, no one is present;
11.   Frequent displays of shouting, crying and/or screaming;
12.   Attempting to inflict self injury by banging parts of the body against the walls or fixtures;
13.   Complaining of ailments(s), illness(es) and/or disease(s) that are nonexisting;
14.   Expressing a belief that there are plots or plans against personal safety; believing that someone or everyone is watching, talking, spying or acting suspiciously;
15.   Having hallucinations/delusions (seeing objects or hearing voices that do not exist);
16.   Unusual loss of memory;
17.   Showing poor personal hygiene or appearance, doesn't shave, wash or change clothes, etc.;
18.   Exhibiting strong feelings of guilt;
19.   Being depressed;
20.   Constantly fighting and arguing with other inmates;
21.   Being alarmed (frightened) or in a state of panic;
22.   Any unusual action or behavior that should be brought to the attention of the Mental Health Staff.

Other: (explain) _____

_____

## SUPERVISING OFFICER'S ASSESSMENT AND RECOMMENDATION

_____

_____

_____

| Supervisor's Name: | Shield Number: | Date: |



## CORRECTION DEPARTMENT
## CITY OF NEW YORK

| REFERRAL OF INMATES TO MENTAL HEALTH SERVICES | Side 2 of 2 | FORM NO. 4018R EFF. 04/08/99 REF. DIR. 4018R |
|---|---|---|



Inmate's Name: _____   Number: _____

### SUMMARY OF MENTAL HEALTH EVALUATION/RECOMMENDATION

1.   REASON FOR REFERRAL: _____

_____

_____

_____

_____

_____

_____

2.   RELEVANT FINDINGS: (include potential for suicidal and/or violent behavior) _____

_____

_____

_____

_____

_____

_____

3.   RECOMMENDATIONS: (include special housing needs and precautions as needed) _____

_____

_____

_____

_____

_____

_____

| Signature of Summary Prepared By: | Title: | Date: |
|---|---|---|

DISTRIBUTION:

1 copy retained by Mental Health
1 copy to Medical Services
1 copy to Facility Administration