NYC Resources | 311 | Office of the Mayor


# CITY OF NEW YORK
## DEPARTMENT OF CORRECTION

Search

Printer Friendly    Email a Friend    Translate This Page    Text Size: A A A

Home

About DOC
- Commissioner
- DOC Leadership
- DOC Statistics
- Facilities Overview
- Facility Locations
- Hart Island
- TEAMS
- History of DOC
- Interagency MOU

Inmate Information

Visit An Inmate

Contracting

Press & Community Affairs

Directives

Frequently Asked Questions

Career Opportunities

Contact DOC

## Facilities Overview

**See also** Facility Locations

The average daily inmate population of New York City Department of Correction (NYCD) is approximately 11,400 individuals. This is more than the population of many state correctional systems.

Most of the inmates in NYCD custody are housed on Rikers Island, which has 10 jails that together can house as many as 15,000 inmates at once. The Rikers facilities include a jail for sentenced males, another for sentenced and detainee females, and a detention center for adolescent males (ages 16 to 18). The seven other jails on the island house adult male detainees. Other Island features include a bakery, central laundry, tailor shop, print shop, maintenance and transportation divisions, K-9 unit and a power plant.

In addition, the Department operates four borough jails, 16 court detention facilities and three hospital prison wards. The borough jails in Manhattan, Queens, Brooklyn and the Bronx have a combined capacity for approximately 3,000 detainees. The court pens are located in the Criminal, Supreme and Family Court buildings in each borough. In Manhattan, an additional court pen is operated in the special Narcotics Court. These courthouse facilities hold inmates scheduled for the day's proceedings. On a typical weekday, the Department logs more than 3,000 miles transporting inmates to courts in the five boroughs as well as to medical and other jail or prison facilities throughout the city and state.

A portion of the West Facility on Rikers Island contains specialized housing units for inmates with tuberculosis and other communicable diseases. Seriously ill inmates and those requiring intensive psychiatric observation are held in prison wards that the Department operates in Elmhurst General Hospital and Bellevue Hospital. The North Infirmary Command on Rikers Island houses detainees with less serious medical problems and persons with AIDS not requiring hospitalization, as well as high security inmates.

## Rikers Island Facilities

### Benjamin Ward Visit Center

The Riker's Island Benjamin Ward Visit Center serves 10 separate jail facilities on Riker's Island. All visitors must coordinate their visits through the Benjamin Ward Visit Center. The Visit Center is located at 18-31 ("Eighteen Thirty-one") Hazen St. East Elmhurst, NY 11370.

### Robert N. Davoren Center (RNDC)

Opened in 1972, the facility houses - in separate quarters - adolescent male detainees (ages 16-17) and adult male detainees in modular dormitories, sprung structures and cells. The jail was formally dedicated the Robert N. Davoren Center in May 2006 in honor of the former Chief of Department.

Rehousing 18 year olds (English)

Rehousing 18 year olds (Spanish)

### George Motchan Detention Center (GMDC)

Originally opened in 1971 as the Correctional Institution for Women, the jail became a male detention center with the 1988 opening of the Rose M. Singer Center for women and was renamed in memory of a 17-year veteran Correction Officer fatally shot in the line of duty.

### Eric M. Taylor Center (EMTC)

Built in 1964 and expanded in 1973, EMTC houses adolescent and adult male inmates sentenced to terms of one year or less. Most of its housing is dormitory style. Able-bodied sentenced inmates are required to work and provide Rikers Island with its grounds crews, facility maintenance and industrial labor force. The facility, previously designated the Correctional Institution for Men, was renamed on July 14, 2000, in honor of retired Chief of Department Eric M. Taylor.

### Anna M. Kross Center (AMKC)

Completed in 1978, and named for the DOC's second female commissioner, AMKC houses male detainees in 40 housing areas spread over 40 acres. It includes a Methadone Detoxification Unit for detainees and DOC's Mental Health Center established in 1962.

### Rose M. Singer Center (RMSC)

Opened in June 1988 as an 800-bed facility for female detainees and sentenced inmates. Subsequent additional modular housing has increased capacity to its present level. In 1985, the Department opened the nation's first jail-based baby nursery at the old Correctional Institution for Women. The new jail features an expanded 25-bed baby nursery. It was named for an original member of the New York City Board of Correction set up by Mayor Robert F. Wagner in 1957. The board is the Department's oversight agency.

### Otis Bantum Correctional Center (OBCC)

Opened in June 1985, it was completed in less than 15 months using modern design and construction methods. OBCC has dormitory and cell housing and includes the Department's 400-bed Central Punitive Segregation Unit. The jail was named for its second warden who was in command at the time of his death.

### North Infirmary Command (NIC)

Consists of two infirmary buildings, one of them the original Rikers Island Hospital built in 1932. The facility has 153 beds for housing infirmary care inmates and 263 beds - in specialized units - for inmates who require extreme protective custody because of their notoriety or the nature of their cases, and for inmates with HIV and AIDS-related conditions.

### George R. Vierno Center (GRVC)

Opened in 1991 as an 850-bed facility for detainees, the facility was named after a deceased retired Chief of Department and Acting Commissioner. A 500-bed addition opened at GRVC in 1993.

### James A. Thomas Center (JATC)

Formerly the House of Detention for Men, this 1,200-bed, all-cell jail was renamed in honor of the Department's first African-American warden. Built in the early 1930s as Rikers Island's first permanent jail, the landmark structure is no longer used to house inmates.

West Facility - Contagious Disease Unit (WF)

Opened in the fall of 1991, it was designed to be an 840-bed facility constructed of Sprung Structures- rigid aluminum framed structures covered by a heavy-duty plastic fabric. Part of the West Facility was converted into the Department's Contagious Disease Unit (CDU) center in which 140 specially air-controlled housing units are reserved for male and female inmates with contagious diseases such as tuberculosis. With the exception of the CDU, West Facility is operationally off-line and in reserve status at present.

## Borough Facilities

Brooklyn Detention Complex (BKDC)

Built on Atlantic Avenue in 1957, the single-cell jail can house 815 adult males, most undergoing the intake process or awaiting trial in Kings County (Brooklyn) and Richmond County (Staten Island) courts.

Manhattan Detention Complex (MDC)

This lower Manhattan command consists of two buildings designated the North and South Towers, connected by a bridge. The North Tower was opened in 1990. The South Tower, formerly the Manhattan House of Detention, or the "Tombs," was opened in 1983, after a complete remodeling. The complex houses male detainees, most of them undergoing the intake process or facing trial in New York County (Manhattan).

Vernon C. Bain Center (VCBC)

A five-story jail barge built in New Orleans to DOC specifications, the facility houses medium to maximum security inmates in 16 dormitories and 100 cells. Opened in the Fall of 1992, it is named for a well-liked warden who died in a car accident. It serves as the Bronx detention facility for intake processing.

Queens Detention Complex (QDC)

Built in 1961, this jail houses male detainee inmates, most of them undergoing the intake process or facing trial in Queens County.

## Hospital Units

The Department maintains secure facilities in two City hospitals:

Elmhurst Hospital Prison Ward (EHPW), Queens - for female inmates requiring acute psychiatric care.

Bellevue Hospital Prison Ward, (BHPD), Manhattan - for male inmates requiring psychiatric or medical treatment.

Copyright 2017 The City of New York       Contact Us | Privacy Policy | Terms of Use