# Rikers Island inmate indicted after attacking 3 officers

**BY BEN KOCHMAN**
NEW YORK DAILY NEWS    Thursday, September 1, 2016, 5:36 PM



Matthew Whittington, 26, has been indicted for attacking three New York City Department of Correction officers. (BRONX DISTRICT ATTORNEY)

A Rikers Island inmate has been indicted for attacking three correction officers — sending one to the hospital with a massive slash wound on his arm, authorities said Thursday.

Matthew Whittington, 26, sucker-punched Officer Malik Medina as he retrieved the prisoner's breakfast tray from his cell at the jail's West Facility on Aug. 7, the Bronx District Attorney's Office said.

The blow knocked Medina unconscious.

When Officer Corey Hughes heard Medina's hit the ground and went over to help, Whittington whipped out a scalpel and slashed him across the right arm, authorities said.

The wound required 16 stitches, the DA said.

Officers punched Whittington in the face several times, internal jail records show. They later discovered a scalpel blade wrapped in black electrical tape in front of the cell.

The night before, Whittington — who jail sources say is a ranking member of the Bloods gang — had punched a third correction officer, causing him to hit his face on a cell door, authorities said.



Officer Corey Hughes required 16 stitches after being slashed by Whittington. (HANDOUT)

Whittington pleaded not guilty in Bronx Supreme Court Thursday to assault, weapons possession and promoting contraband charges. He faces up to seven years in prison if convicted.

The alleged jail menace has been at Rikers for three years, facing several charges, including assault and arson, for incidents in Manhattan, the Bronx and Brooklyn.

Rikers bosses have long struggled to stop contraband from getting into the city's main jail complex. In May, a 17-person crew of inmates, correction officers and even a jail cook were indicted for allegedly running a ring sneaking drugs and weapons into Rikers.

The charges come as Mayor de Blasio was expected to announce Thursday that an elite group of jail officers would be armed with Tasers in a bid to reduce violence at the jail.

Bronx DA Darcel Clark, who has pledged to open an office on Rikers aimed at speeding up justice there, called Whittington's attacks "vicious" and "unprovoked."

"Our public servants should not have to face danger when they go to work each day," Clark said in a statement announcing the charges. "We will not tolerate jailhouse violence."

**WITH REUVEN BLAU**

© 2016 New York Daily News