BREAKING NEWS    Attorney General Jeff Sessions spoke with Russians during Trump's campaign    

METRO  EXCLUSIVE

# Bloods gangbanger penned Rikers officer hit list

By Dana Sauchelli and Jamie Schram

May 2, 2014 | 1:53am



As word of the "Blood-Roster" threat spreads, some staff at Rikers say Correction Commissioner Joseph Ponte (right) is putting them in danger.
AP Photo ; R Umar Abbasi

A high-ranking Bloods gangbanger made a terrifying "hit list" of Rikers Island officers and staffers to target for violent attacks, sources told The Post.

The handwritten list — with the headings "Blood-Roster" and "Top 10" — was confiscated from a cell at the Anna M. Kross Center, the sources said.

On it are supervisors and guards, as well as a top correction official who is widely loathed by prisoners.

In a sick game, the Bloods are also offering "50 points" each for any "yard officer" or "security officer."

The list is written in black ink on a piece of paper and says the attacks are "To Start May 1."

A source close to the situation said there was a second "hit list" that included the names of nurses, doctors, social workers.

"We do have an internal security protocol that is followed whenever there is a verified threat, as we take every measure to keep our staff safe and secure, along with the cooperation of the NYPD in investigating such matters," said a spokesman for the Department of Correction.

Officials did not release the name of the Bloods member who had the note, but it was mentioned to guards at roll call.

"When there's a substantial threat and the intelligence seems legit about a hit on staff, they let the officer take home a department gun for his or her protection and portable walkie-talkie radios on the NYPD citywide frequency," a source said.

As word of the threat spread, Rikers officers fumed that new Correction Commissioner Joseph Ponte has created "a crisis situation" by adopting a "hug-a-thug" policy.

Since his April appointment, Ponte — former head of the Maine Department of Correction — has nixed solitary confinement for the worst offenders, choosing instead to counsel them in programs with rewards including pizza parties, the source said.



The "Blood-Roster" hit list
Handout

"It's a crisis situation at the jail. The inmates have the upper hand," said another source. "They are very emboldened because they know there is no punitive segregation."

But a correction spokesman denied "any claims that Commissioner Ponte has ended punitive segregation."

A third officer said, "Ponte is horrible, and the majority of correction officers view him as an inmate lover and they want him gone already. It's just going to get worse and worse if he stays."

Since Ponte was given the top spot, inmates have run amok in the 10-jail complex, attacking two medical interns and one other staffer in separate incidents.

One of the beatdowns, caught on video, showed inmate Joseph McRae slamming his fist into the face of a medical intern, breaking her jaw and other facial bones.

Correction officers have been warned not to use force against inmates and told that if a prisoner sues claiming brutality, the facility won't back them, the sources said.

Correction brass said, "No officer would be told this."

FILED UNDER   **BLOODS GANG**, **GANGS**, **JAIL**, **JOSEPH PONTE**, **RIKERS ISLAND**

Recommended by