# SEE IT: Rikers Island inmate slashes correction officer's face in latest assault on jail personnel

BY REUVEN BLAU

NEW YORK DAILY NEWS    Updated: Wednesday, July 27, 2016, 5:44 PM



A city correction officer was slashed in the face by an inmate who reached through the food slot of his cell Wednesday morning, video obtained by the Daily News shows.
The officer was attacked by inmate Jimmy Lugo inside the Otis Bantum Correctional Center on Rikers Island at 11:17 a.m., records show.
Before the slashing, the unnamed officer talks to Lungo briefly in front of his cell before the detainee reaches out and cuts his left cheek, the video shows.
The attack is the latest in a series of assaults behind bars as Correction Department Commissioner Joseph Ponte struggles to stem a spike in violence.



http://www.nydailynews.com/new-york/nyc-crime/rikers-island-inmate-slashes-jail-guard-...    3/29/2017



The unidentified officer needed several stitches to close the cut.

There have been at least three other attacks on officers over the past two weeks, records show.

"I am outraged by this serious assault," Ponte said. "Attacks against the hardworking men and women who serve in our department will not be tolerated."

The department is trying to gain approval from state lawmakers to use high-tech body scanners, he added.




(VIDEO OBTAINED BY DAILY NEWS/NEW YORK DAILY NEWS)    (VIDEO OBTAINED BY DAILY NEWS/NEW YORK DAILY NEWS)

Stills from a video obtained by the Daily News shows an unnamed officer talking to an inmate briefly in front of his cell before the detainee appears to reach out and cut the guard's left cheek.

Lugo was immediately rearrested and faces additional charges, Ponte said.

The jail officers' union has repeatedly blamed department brass.

"These inmates are emboldened because they simply do not fear the consequences of assaulting a member of law enforcement," said Elias Husamudeen, president of the Correction Officers Benevolent Association.

"Officers are being cut, stabbed, punched, kicked, and sexually assaulted, and in far too many instances, inmates are getting away with their crimes behind bars," he added.

WITH STEPHEN REX BROWN

© 2016 New York Daily News