# UNITED STATES DISTRICT COURT
for the
Southern District of New York

------------------------------------------------------------------------X

**CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.,**
**TIFFANI DUBLIN,** individually and on behalf of all others similarly
situated, **ANTHONY ROMANO,** individually and on behalf of all
others similarly situated, **MATTHEW HINES,** individually and on behalf
of all others similarly situated, **FRANCIS CASTRO,** individually and
on behalf of all others similarly situated, and **JOHN** and **JANE DOES** 1- 2,000

           Plaintiffs,

               Civil Action No.

    V.

**THE CITY OF NEW YORK, MAYOR BILL DE BLASIO,**
**NEW YORK CITY DEPARTMENT OF CORRECTION,** and
**COMMISSIONER JOSEPH PONTE**

           Defendants.

------------------------------------------------------------------------X

## SUMMONS IN A CIVIL ACTION

TO: (Defendant's name and address)

    NEW YORK CITY DEPARTMENT OF CORRECTION
    Bulova Corporate Center
    75-20 Astoria Blvd. - Suite 160
    East Elmhurst, New York 11370

A lawsuit has been filed against you.

  Within 21 days after service of this summons on yo (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    KOEHLER & ISAACS, LLP.
    61 Broadway - 25th floor
    New York, New York 10006
    Attn: Cynthia Devasia, Esq.

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                CLERK OF COURT

                _____
                Signature of Clerk or Deputy Clerk

Date: _____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: