UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC., TIFFANI DUBLIN, individually and on behalf of all others similarly situated, ANTHONY ROMANO, individually and on behalf of all others similarly situated, MATTHEW HINES, individually and on behalf of all others similarly situated, FRANCIS CASTRO, individually and on behalf of all others similarly situated, and JOHN and JANE DOES 1 - 2000

CV ( )

Plaintiffs,

**Rule 7.1 STATEMENT**

-against-

THE CITY OF NEW YORK, MAYOR BILL DE BLASIO, NEW YORK CITY DEPARTMENT OF CORRECTION, and COMMISSIONER JOSEPH PONTE,

Defendant.
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs:

CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.,

certifies that the following, upon information and belief, are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE

Date: April 21, 2017
    New York, New York

Cynthia Devasia, Esq. - CD 0320