UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CORRECTION OFFICERS' BENEVOLENT ASSOCIATION,
INC., TIFFANI DUBLIN, individually and on behalf of all
others similarly situated, ANTHONY ROMANO, individually
and on behalf of all others similarly situated, MATTHEW HINES,
individually and on behalf of all others similarly situated,
FRANCIS CASTRO, individually and on behalf of all others
similarly situated, and JOHN and JANE DOES 1 – 2,000

**Affidavit of Service**
Case No. 17-CV-2899

Plaintiffs,

-against-

THE CITY OF NEW YORK, MAYOR BILL DE BLASIO,
NEW YORK CITY DEPARTMENT OF CORRECTION and
COMMISSIONER JOSEPH PONTE,

Defendants
------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Charles Vega, being duly sworn, states:

I am not a party to this action, I am over 18 years of age and I reside in Brooklyn, New York.

On April 26, 2017, I personally served a true copy of the Summons and Complaint in a sealed envelope by delivering and leaving said documents with a person of suitable age and discretion at the address listed and indicated below:

TO:
**New York City Department of Correction**
**Bulova Corporate Center**
**75-20 Astoria Blvd. - Suite 160**
**East Elmhurst, New York 11370**

_____
Charles Vegas

Sworn to before me this
26th day of April, 2017

_____
Notary Public

DORIS MARANON
Commissioner of Deeds
City of New York - No. 3-6438
Certificate Filed in Bronx County
Commission Expires Oct. 1, 20___