UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC., TIFFANI DUBLIN, individually and on behalf of all others similarly situated, ANTHONY ROMANO, individually and on behalf of all others similarly situated, MATTHEW HINES, individually and on behalf of all others similarly situated, FRANCIS CASTRO, individually and on behalf of all others similarly situated, and JOHN and JANE DOES 1 - 2,000,

**NOTICE OF APPEARANCE**

17 Civ. 2899 (GHW)(GWG)

                              Plaintiffs,

      -against-

THE CITY OF NEW YORK, MAYOR BILL DEBLASIO, NEW YORK CITY DEPARTMENT OF CORRECTION, and COMMISSIONER JOSEPH PONTE,

                              Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of **ZACHARY W. CARTER**, Corporation Counsel of the City of New York, assigned to represent defendants, **CITY OF NEW YORK, MAYOR BILL DEBLASIO, NEW YORK CITY DEPARTMENT OF CORRECTION,** and **COMMISSIONER JOSEPH PONTE**, in the above-captioned action. Accordingly, I respectfully request that any future correspondence,

- 2 -

filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated: New York, New York
May 4, 2017

                **ZACHARY W. CARTER**
                Corporation Counsel of the
                  City of New York
                Attorney for Defendants
                100 Church Street, Room 2-187
                New York, New York 10007-2601
                (212) 356-2628
                aschlesi@law.nyc.gov

By:       /s/ *Alan M. Schlesinger*
                  Alan M. Schlesinger
                  Assistant Corporation Counsel

CC:    **KOEHLER & ISAACS, LLP**
        Attorneys For Plaintiffs
        61 Broadway
        New York, NY 10006
        Att: Cynthia Devasia
        (By ECF)