# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
————

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
DAVID KIRSCH
MERCEDES M. MALDONADO
JULIE ORTIZ
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
ELYSE SILVERMAN
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352

May 15, 2017

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al.  17 v. 2899 (GHW) (GWG)

Dear Judge Woods:

We are general counsel to the Correction Officers' Benevolent Association and write on behalf of all Plaintiffs in the above referenced matter regarding Defendant City of New York's ("City") request for a pre-motion conference in advance of its proposed motion to dismiss the Complaint. Plaintiffs consent to the request for a pre motion conference. Pursuant to our discussion earlier today with Alan Schlesinger, Esq., the City has consented to the submission of Plaintiffs' responding pre-motion position statement **by Friday, June 2, 2017**. This time frame is required because the undersigned is occupied with other court deadlines this week and will be out of the office next week, returning only after the Memorial Day Holiday.

We respectfully request the Court approve the parties' agreed upon schedule for submission of Plaintiffs' responding pre-motion position statement.

Respectfully submitted,
KOEHLER & ISAACS LLP

By:   /s/   *Cynthia Devasia, Esq.*
        Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*