UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION, INC., TIFFANI DUBLIN,
individually and on behalf of all others similarly
situated, ANTHONY ROMANO, individually and on
behalf of all others similarly situated, MATTHEW
HINES, individually and on behalf of all others
similarly situated, FRANCIS CASTRO, individually
and on behalf of all others similarly situated, and
JOHN and JANE DOES 1 - 2,000,

**NOTICE OF MOTION**

17 Civ. 2899 (LTS)(JCF)

                                        Plaintiffs,

              -against-

THE CITY OF NEW YORK, MAYOR BILL
DEBLASIO, NEW YORK CITY DEPARTMENT OF
CORRECTION, and COMMISSIONER JOSEPH
PONTE,

                                        Defendants.

------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE,** that upon the declaration of **ALAN M.
SCHLESINGER**, dated June 30, 2017, and the exhibits annexed thereto, defendants'
memorandum of law in support of the motion to dismiss, dated June 30, 2017, and all prior
papers and proceedings had herein, defendants will move this Court, before the Honorable
Laura Taylor Swain,, United States District Judge, Southern District of New York, at the
Courthouse thereof, 500 Pearl Street, New York, NY 10007-1312, at a date and time
convenient to the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil
Procedure, dismissing the complaint in its entirety on the ground that the complaint fails to
state a claim upon which relief can be granted, that judgment be entered for defendants and

that defendants be granted costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Section (A)(2)(b)(ii) of the Court's Individual Rules, defendants have made best efforts to resolve the controversies raised in this action and have discussed the arguments articulated in this motion with counsel for plaintiff, including in a letter dated June 8, 2017, a plaintiffs' letter, dated June 15, 2017, and during a telephone call on June 21, 2017. The parties are unable to resolve the controversies in dispute without resort to the instant motion practice.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 12 of the Federal Rules of Civil Procedure, in the event that this motion is denied, in whole or in part, Defendants respectfully request 20 days from docketing of the order denying the motion to answer the amended complaint.

Dated:      New York, New York
            June 30, 2017

                                   ZACHARY W. CARTER
                                   Corporation Counsel of the
                                     City of New York
                                   Attorney for Defendants
                                   100 Church Street, Room 2-187
                                   New York, N.Y. 10007-2601
                                   (212) 356-2628
                                   aschlesi#law.nyc.gov


                           By:     /s/ *Alan Maer Schlesinger*
                                   _____
                                   Alan M. Schlesinger
                                   Assistant Corporation Counsel
                                   AS-2673

To:    **KOEHLER & ISAACS, LLP**
       Attorneys for Plaintiffs
       61 Broadway
       New York, NY 10006

Att: Cynthia Devasia
(By ECF)

17 Civ. 2899 (LTS)(JCF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION, INC., et al.,

Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,

Defendants.

**DEFENDANTS' MOTION TO DISMISS**

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-187
New York, New York  10007-2601

Of  Counsel:  Alan M. Schlesinger
Tel.:  (212)  356-2628
aschlesi@law.nyc.gov

Our No. 2017-018199

*Service of which is hereby acknowledged:*

.............................................. , N.Y.  Dated:  ............................... 2017

Signed:  ...............................................................................................

Print Name:  ........................................................................................

Attorney for:  ......................................................................................