UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC., TIFFANI DUBLIN, individually and on behalf of all others similarly situated, ANTHONY ROMANO, individually and on behalf of all others similarly situated, MATTHEW HINES, individually and on behalf of all others similarly situated, FRANCIS CASTRO, individually and on behalf of all others similarly situated, and JOHN and JANE DOES 1 - 2,000,

                                                    Plaintiffs,

         -against-

THE CITY OF NEW YORK, MAYOR BILL DEBLASIO, NEW YORK CITY DEPARTMENT OF CORRECTION, and COMMISSIONER JOSEPH PONTE,

                                                    Defendants.

------------------------------------------------------------------------x

**AMENDED**
**NOTICE OF MOTION**

17 Civ. 2899 (LTS)(JCF)

        **PLEASE TAKE NOTICE,** that upon defendants' memorandum of law in support of the motion to dismiss, dated June 30, 2017, and all prior papers and proceedings had herein, defendants will move this Court, before the Honorable Laura Taylor Swain,, United States District Judge, Southern District of New York, at the Courthouse thereof, 500 Pearl Street, New York, NY 10007-1312, at a date and time convenient to the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in its entirety on the ground that the complaint fails to state a claim upon which relief can be granted, that judgment be entered for defendants, and that defendants be granted costs, fees, and expenses, together with such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order, dated June 2, 2017, any opposing affidavits and memoranda shall be served on or before July 31, 2017, and any reply papers shall be served on or before August 18, 2017.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section (A)(2)(b)(ii) of the Court's Individual Rules, defendants have made best efforts to resolve the controversies raised in this action and have discussed the arguments articulated in this motion with counsel for plaintiff, including in a letter dated June 8, 2017, a plaintiffs' letter, dated June 15, 2017, and during a telephone call on June 21, 2017. The parties are unable to resolve the controversies in dispute without resort to the instant motion practice.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Rule 12 of the Federal Rules of Civil Procedure, in the event that this motion is denied, in whole or in part, Defendants respectfully request 20 days from docketing of the order denying the motion to answer the amended complaint.

Dated:	New York, New York
	June 30, 2017

	**ZACHARY W. CARTER**
	Corporation Counsel of the
	  City of New York
	Attorney for Defendants
	100 Church Street, Room 2-187
	New York, N.Y. 10007-2601
	(212) 356-2628
	aschlesi#law.nyc.gov


	By:	/s/ *Alan Maer Schlesinger*
		Alan M. Schlesinger
		Assistant Corporation Counsel
		AS-2673

- 3 -

To: **KOEHLER & ISAACS, LLP**
Attorneys for Plaintiffs
61 Broadway
New York, NY 10006
Att: Cynthia Devasia
(By ECF)

17 Civ. 2899 (LTS)(JCF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC., et al.,<br><br>                                                          Plaintiffs,<br><br>                    - against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>                                                          Defendants. |
| **DEFENDANTS' MOTION TO DISMISS** |
| **ZACHARY W. CARTER**<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendants<br>100 Church Street, Room 2-187<br>New York, New York  10007-2601<br><br><br>Of  Counsel:  Alan M. Schlesinger<br>Tel.:  (212)  356-2628<br>aschlesi@law.nyc.gov<br><br><br>Our No. 2017-018199 |
| *Service of which is hereby acknowledged:*<br><br> ............................................. , N.Y.  Dated:  ................................ 2017<br><br>Signed:  ...............................................................................................<br><br>Print Name: ........................................................................................<br><br>Attorney for:  ...................................................................................... |