UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION, INC. ET AL.

                              Plaintiff(s),                    17CV2899-LTS

        -v-

THE CITY OF NEW YORK ET AL.,

                              Defendant(s).
-------------------------------------------------------------X

**ORDER**

       In light of the pending motion, the initial pretrial conference scheduled for July 7, 2017, is rescheduled to **January 19, 2018, at 10:30 a.m.** in Courtroom 17C.

       SO ORDERED.

Dated:  New York, New York
           July 6, 2017

                                                                /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge