# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
_____

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352

July 19, 2017

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al.  17 v. 2899 (GHW) (GWG)

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter and write on behalf of all parties to submit a joint proposal to modify the current Motion to Dismiss briefing schedule.

By Order dated June 2, 2017, Your Honor approved the following briefing schedule: Defendants' filing of its Motion to Dismiss by June 30, 2017; Plaintiffs' Opposition due by July 31, 2017; and Defendants' Reply due August 18, 2017. Due to certain family obligations, the undersigned requires additional briefing time and Defense counsel has kindly consented. The parties therefore request a modification in the briefing schedule as follows: **Plaintiffs' Opposition due by August 18, 2017; Defendants' Reply due by September 15, 2017.** This modification will not unduly burden or prejudice any party.  The next scheduled date in this matter is not until the January 19, 2018, initial pre-trial conference (pending the outcome of the Motion).

Thank you for your time and attention to this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By:   *Cynthia Devasia*
          Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*