# KOEHLER & ISAACS LLP
ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J KOEHLER
STEVEN ISAACS

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAWN K KELLY
DAVID KIRSCH
MERCEDES M MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C TROXLER
GREG WALFORD
HOWARD G WIEN

OF COUNSEL
RAYMOND J AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-20-2017

July 19, 2017

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

**MEMO ENDORSED**

Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al. 17 v. 2899 (GHW) (GWG)

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter and write on behalf of all parties to submit a joint proposal to modify the current Motion to Dismiss briefing schedule.

By Order dated June 2, 2017, Your Honor approved the following briefing schedule: Defendants' filing of its Motion to Dismiss by June 30, 2017; Plaintiffs' Opposition due by July 31, 2017; and Defendants' Reply due August 18, 2017. Due to certain family obligations, the undersigned requires additional briefing time and Defense counsel has kindly consented. The parties therefore request a modification in the briefing schedule as follows: **Plaintiffs' Opposition due by August 18, 2017; Defendants' Reply due by September 15, 2017.** This modification will not unduly burden or prejudice any party. The next scheduled date in this matter is not until the January 19, 2018, initial pre-trial conference (pending the outcome of the Motion).

Thank you for your time and attention to this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By: _Cynthia Devasia_
    Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*

The proposed modification
is approved. DE #37
resolved.

SO ORDERED:

_____ 7/20/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE