# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 11 2017

**MEMO ENDORSED**

August 10, 2017

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al. 17 v. 2899 (LTS)

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter and write on behalf of all parties in connection with the pending Motion to Dismiss which the parties are currently briefing. In accordance with your Individual Rules, we write to request the Court's permission for a ten (10) page extension of the page limits for both the Plaintiffs' Opposition Memorandum (currently due August 18) and Defendants' Reply (currently due September 15, 2017).

Thank you for your time and attention to this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By: _Cynthia Devasia_
   Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*

The requested page limit extensions are granted. DE #39 resolved.

SO ORDERED:

_/s/ Laura Taylor Swain_ 8/11/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE