

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALAN M. SCHLESINGER**
Senior Counsel
(212) 356-2628
aschlesi@law.nyc.gov
(E-Mail **Not** For Service Of Papers)

January 16, 2018

**By Hand And By ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Correction Officers' Benevolent Ass'n v. City Of New York, et al.*,
17 Civ. 2899 (LTS)(JCF)
Our No. 2017-018199

Dear Judge Swain:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action.  Defendants write on behalf of all parties to seek an adjournment, without date, of the conference scheduled for January 19, 2018.

In this case, defendants have moved to dismiss the complaint in its entirety.  *See* motion, Dkt Nos. 33-35, 41, and 42.  The Court has previously adjourned a conference in this case pending resolution of the motion to dismiss *See* Scheduling Order, July 6, 2017, Dkt. No. 36 (adjourning conference from July 7, 2017, to January 19, 2018, in light of the pending motion to dismiss).  The motion has not been decided and it is unlikely that a conference prior to the resolution of this motion would be efficient or fruitful.  The parties therefore request adjournment of the conference to a date convenient to the Court after resolution of the motion.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Alan Maer Schlesinger*

Alan M. Schlesinger
Assistant Corporation Counsel

cc:   Koehler & Isaacs, LLP
(By ECF)