UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION, INC.. et al.,

        Plaintiffs,

  -v-                                        No.  17 CV 2899-LTS

CITY OF NEW YORK et al.,

        Defendants.

-------------------------------------------------------x

## Order

        In light of the pending motion to dismiss, the pretrial conference scheduled for January 19, 2018 is hereby adjourned to **April 27, 2018** at **3:00 p.m.** in **Courtroom 17C.**

        SO ORDERED.

Dated: New York, New York
       January 16, 2018

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge