UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417
FAX: (212)-805-0426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-2018

February 13, 2018

By First Class Mail

Mr. Elias Husamudeen
President, Correction Officers' Benevolent Association, Inc.
77-10 21st Avenue
East Elmhurst, N.Y. 11370

    Correction Officers' Benevolent Association, Inc. et al. v. City of New York et al.
    Case No. 17 CV 2899 (LTS) (S.D.N.Y.)

Dear Mr. Husamudeen:

    I have received your letter, dated January 26, 2018 and attached to this letter, and binder, a copy of the cover page of which is also attached, requesting my "assistance regarding th[e] contents of the binder" and offering to schedule a meeting. Copies of this letter also appear to have been sent to various federal, state, and local officials. Because I am presiding over the above captioned case to which your organization is a party, it would not be appropriate for me to accept any ex parte communications, and I, therefore, am returning your binder unread.

                                                            Very truly yours,

                                                            Laura Taylor Swain

Enclosure



**CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.**
"PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"

ELIAS HUSAMUDEEN
President

JOSEPH BRACCO
1st Vice President

ELIZABETH CASTRO
2nd Vice President

MICHAEL MAIELLO
Treasurer

AMELIA WARNER
Financial Secretary

THOMAS FARRELL
Legislative Chairman

KENYATTA JOHNSON
Corresponding Secretary

KAREN TYSON
Recording Secretary

BENNY BOSCIO
Sergeant-At-Arms

ALBERT CRAIG
First City-Wide Trustee

ANGEL CASTRO
Manhattan Borough Trustee

DANIEL PALMIERI
Bronx Borough Trustee

FREDERIC FUSCO
Queens Borough Trustee

PAULETTE BERNARD
Brooklyn Borough Trustee

BISHOP WILLIAM
RAYMOND WHITAKER II
Chaplain

WILLIAM KWASNICKI
Retiree Consultant

KOEHLER & ISAACS, LLP
COBA Attorney

January 26, 2018

The Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, NY 10007-1312

Dear Judge Swain;

We The COBA are requesting your assistance regarding the contents of this binder. I will have my assistant contact your office to schedule a meeting at your earliest convenience.

Sincerely yours,

Elias Husamudeen,
President

C: Andrew Cuomo, Governor
Jefferson Sessions, Attorney General
Geoffrey Berman, US District Attorney
Bill de Blasio, NYC Mayor
Jeffrey D. Klein, NYS Senator
Laura Taylor Swain, United States District Judge
Carl Heastie, NYS Assembly Speaker
Marcos A. Crespo, NYS Assembly Member
Allen Riley, NYS Commissioner of Correction
Cyrus R. Vance Jr., New York County District Attorney
Darcel D. Clark, The Bronx District Attorney
Richard A. Brown, Queens District Attorney
Eric Gonzalez, Kings County District Attorney
Michael E. McMahon, The Richmond County District Attorney
Martha King, NYC Board of Correction Director
Cynthia Brann, NYC Department of Correction Commissioner
Cory Johnson, NYC Council Speaker
Joe Borelli, NYC Council Member
Costa Constantinides, NYC Council Member
Vanessa L. Gibson, NYC Council Member
Paul Vallone, NYC Council Member

COBA HEADQUARTERS
77-10 21st Avenue East Elmhurst, N.Y. 11370 · t (718) 545-COBA (2622) · f (718) 545-2668

www.cobanyc.org





# CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.

"PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"



# EMPLOYEE GRIEVANCE

>>> **NORTH INFIRMARY COMMAND (NIC)**
>>> **SEXUAL VIOLENCE AND HARASSMENT**
>>> **SPITTING AND SPLASHING**

**Elias Husamudeen**
COBA President

MAIL ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

:GE FLAT RATE BOX
DOMESTIC AND
RNATIONAL USE

FROM:



CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.
"PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"
77-10 21st Avenue, East Elmhurst, N.Y. 11370

The Honorable Laura Taylor Swain
United States District Judge
500 Pearl Street
New York, NY 10007-1312

www.cobanyc.org



Expected Delivery Day: 02/09/2018
USPS TRACKING NUMBER