UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION, INC. ET AL.

                Plaintiff(s),          17CV2899-LTS

    -v-

THE CITY OF NEW YORK ET AL.,

                Defendant(s).
-------------------------------------------------------------X

### ORDER

In light of the pending motion, the initial pretrial conference scheduled for April 27, 2018, is rescheduled to **August 10, 2018, at 12:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         April 10, 2018

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge