# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300  Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-2018

June 26, 2018

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al. 17 v. 2899 (LTS)

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter. By Order dated May 30, 2018, this Court dismissed Plaintiffs' Complaint and set a deadline of July 2, 2018, to file a Motion for Leave to File an Amended Complaint. Plaintiffs intend to file said motion and hereby request an extension of this deadline **to Friday, August 3, 2018**. As the motion requires attachment of the proposed Amended Complaint, we want to ensure that the new facts alleged are complete and consistent with your Order. To that end, we require additional time to interview persons with relevant knowledge. Counsel for Defendants, Alan Schlesinger has kindly consented.

Thank you for your time and attention to this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By: _Cynthia Devasia_
    Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*

The requested extension is granted. DE #52 resolved.

SO ORDERED:

_____ 6/26/18
HON. LAURA TAYLOP SWAIN
UNITED STATES DISTRICT JUDGE