# Exhibit AA
## of the Proposed First Amended and Supplemental Complaint

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADMIT ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADMISSION | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSMITTED THE INCIDENT | CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADO/CPW # | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | STATE ID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSPIRED AT THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT DIMINISHED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSIGNED FACILITY | DATE | TIME | MALE | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADD/CDR # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ABSTOR # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | BADGE # | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS RELATED TO INCIDENT | WHAT HAPPENED TO THE INMATE? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page 11 of 55

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PERSON(S) DID THE INCIDENT | COMMENTS |
|---|---------|----------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|

WORKPLACE VIOLENCE INCIDENTS 2015

| ADOC ID# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SVID# | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AREA OF FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURED | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADESCO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF EVALUATED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PREVENTED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ANSCO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | POINTS LEADING TO INCIDENT | WHAT PERSONS DID INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADOC ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | # INVOLVED | RANK | RULE # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT GENERATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AINTOR # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMISSION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PERSON FED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TOUR | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WAS IT FORESEEN THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSOCDOC # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | FIELD # | STAFF NUMBER | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PROMPTED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY# | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | WHAT LED/CONTRIBUTED TO THE INCIDENT | COMMENTS |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|--------|----------------|-----------------|---------|-----------------|---------------------------|--------------------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | SID# | INMATE INJURIES | INJURY LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | CASUALTY |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|--------|----------------|-----------------|------|-----------------|----------------------------|------------------------------|----------|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARREST # | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | WHAT LED/NEXT TO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARNSENG/FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF NAMES | INMATE INVOLVED | NYSID # | INMATE INJURIES | STAFF INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARSCO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | WEAPON(S) |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|---------|-----------------|-----------------------------|------------------------------|-----------|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASN/ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INJURED | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMISSION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | ASSAULT INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ABSCIO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|----------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|---------|-----------------|----------------------------|------------------------------|----------|

## WORKPLACE VIOLENCE INCIDENTS 2015

| AUO/SID # | FACILITY # | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PROMPTED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ROSTER # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADC/GIO# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSPIRED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMIN # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURED | INMATE INVOLVED | NYSID # | INMATE INJURED | EVENTS LEADING TO INCIDENT | WHAT TRIGGERED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | LODGING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| ADD/UPD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | STEPS TAKEN TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Table data illegible due to scan quality.)*

# WORKPLACE VIOLENCE INCIDENTS 2015

# WORKLACE VIOLENCE INCIDENTS 2015

| # | DOSTOP # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INJURED? | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | STAFF PERSONATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | HOUSE/DORM | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYS ID # | INMATE INJURIES | SYSTEM LEADING TO INCIDENT | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WAS PERIMETER TAPE DEPLOYED? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AOSCOD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | [illegible] | [illegible] | 7/30/2015 | 21:00 | H/A 10 B | | AOS | Thomas [illegible] | C/O | [illegible] | Punched in facial area | [illegible] | [illegible] | | Y | | |
| | | OBCC | 7/30/2015 | 21:05 | H/A 6 Upper | | Splashing | [illegible] Case | C/O | [illegible] | Struck in chest area | [illegible] | [illegible] | | Y | | |
| | 2952/15 | NIC | 7/31/2015 | 9:15 | H/A 2A | | AOS | [illegible] Case | C/O | [illegible] | Exposure to bodily Fluids | Kristopher Nelson | [illegible] | N/A | Y | | |
| | 2952/15 | NIC | 7/31/2015 | 9:15 | H/A 2A | | AOS | Henry [illegible] | C/O | 12084 | N/A | Kristopher Nelson | [illegible] | N/A | Y | | |
| | 2952/15 | NIC | 7/31/2015 | 9:15 | H/A 2A | | AOS | Mark Hall | C/O | 2019 | Injured Right wrist | Kristopher Nelson | [illegible] | N/A | Y | | |
| | 2952/15 | NIC | 7/31/2015 | 9:15 | H/A 2A | | AOS | [illegible] | C/O | 15557 | [illegible] | Kristopher Nelson | [illegible] | N/A | | | |
| | 2953/15 | NIC | 7/31/2015 | 10:00 | [illegible] | | AOS | Mark Hall | C/O | 2019 | N/A | Kristopher Nelson | [illegible] | N/A | | | |
| | 2954/15 | [illegible] | 7/31/2015 | 10:10 | H/A 7 B | | AOS | Alexander [illegible] | C/O | 17121 | Punched in facial area | [illegible] Williams | [illegible] | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | [illegible] | [illegible] | 7/31/2015 | 11:42 | 5th Floor Vestibule | | AOS | Willie Young | CAPT | [illegible] | Head Butted in the mouth | [illegible] White | [illegible] | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | RNDC | [illegible] | 22:05 | [illegible] | | Splashing | [illegible] | C/O | [illegible] | Spat on arm, shirt & back of head | [illegible] | [illegible] | | | | |
| | | [illegible] | [illegible] | [illegible] | [illegible] | | Splashing | [illegible] | C/O | [illegible] | Splash on arm & facial area | [illegible] | [illegible] | | | | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | AOS | [illegible] | C/O | [illegible] | Spat on facial area | [illegible] | [illegible] | | | | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | AOS | [illegible] | C/O | [illegible] | Kicked in stomach | [illegible] | [illegible] | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| [redacted] | | | | | | | | | | | | | | | | | |

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADDITION | FACILITY | DATE | TIME | AREA | ROUND EVT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | WHAT LEAD UP TO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMITTED # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | MRSTB# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT HAPPENED TO THE INCIDENT | COMMENTS |
|---|--------|----------|------|------|------|-------------------|------------------|----------------|------|--------|----------------|-----------------|--------|-----------------|----------------------------|-------------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADM COM | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | TITLE | STAFF ACTIONS | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS AGAINST THE INMATE | WHAT PROMPTED THE INCIDENT? | COMMENTS |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|-------|---------------|-----------------|---------|-----------------|---------------------------|-----------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| LOCATION | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYP | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | DOC/CO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INVOLVED | INMATE INVOLVED | NYSID # | INJURIES | EVENTS LEADING TO INCIDENT | WHAT PROMPTED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION | FACILITY | DATE | TIME | AREA | INMATE (VST) TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | DOC# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRIGGERED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSEN/# | FACILITY | DATE | TIME | ENDING UNIT/TYPE | AREA | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARREST/OP # | FACILITY | DATE | TIME | HOUSING POINT TYPE | AREA | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT LED TO THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| ADCNO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INVOLVED | INMATE INJURIES | INJURY CAUSED TO INCIDENT | WHAT PERSON STOPPED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|