# Exhibit BB
## of the Proposed First Amended and Supplemental Complaint

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION (PAVILION/UNIT) | FACILITY | DATE | TIME | CODE | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | OFFICER | STAFF INJURIES | INMATE INVOLVED | INJURY | INMATE INJURIES | ESCALATION TO INCIDENT | WAS IT REPORTED? USE OF FORCE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] | FACILITY | DATE | TIME | AREA | [illegible] | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | [illegible] TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | NYSID # | FACILITY | DATE | TIME | AREA | PUNISHMENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015