# Exhibit CC
## of the Proposed First
## Amended and Supplemental
## Complaint

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

## WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] | FACILITY | DATE | TIME | AREA | RESPONSE UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSFCOD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

# WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY # | DATE | TIME | AREA | REPORTING TYPE | TYPE OF INCIDENT | STAFF INJURED | RANK | COPIED? | STAFF INJURED | DOLLAR COST | DAMAGE INVOLVED | NYSID # | INVESTIGATION OF INCIDENT | INCIDENT | WHAT PUNISHMENT OR DISCIPLINE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015