WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | SECURITY LEVEL | TYPE OF INCIDENT | STAFF INVOLVED | RANK | BED/DAY | STAFF INJURED | CHALLENGE(S) | ACTION | DATE/TIME INCIDENT OCCURRED | DETAINEE | WHAT TRIGGERED THE INCIDENT | COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE(CHECK ONE) | STAFF INJURIES | RANK | SHIFT | STAFF NAME(S) | INMATE ID/OATH | GENDER | INMATE LOCATION/INCIDENT | INCIDENT | WHAT PRECEDED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| AGENCY # | FACILITY | UNIT | DATE | TIME | AREA | TYPE OF EMPLOYEE MEDICAL TREATMENT | EVALUATED | PAIN | CODED # | STAFF INJURY | DISCIPLINE | WEAPON | EVENTS LEADING TO INCIDENT | INCIDENT | STAFF THREATENED OR INJURED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

# WORKPLACE VIOLENCE INCIDENTS 2015

| JANUARY | FACILITY | DATE | TIME | 2015 | RESPONSE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | STAFF | STAFF INVOLVED | STAFF # | EMPLOYEE ACKNOWLEDGMENT | INCIDENT | NOTIFICATION TO THE DEPUTY | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE/TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | GENDER | STAFF INJURED | INMATE INVOLVED | INMATE # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT PROVOKED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | STAFF INCIDENT | STAFF ASSAULTED | RANK | DETAILS | STAFF INJURED | INMATE INVOLVED | INFIRM | EVENT LEADING TO INCIDENT | INFIRMARY | WERE WEAPONS IN THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | CELL | INCIDENCE TYPE | TYPE PATIENT | STAFF INVOLVED | RANK | OTHER | STAFF INJURED | INMATE INVOLVED | VERBAL | PHYSICAL | INMATE ASSAULTS INCIDENT | PATIENT | STAFF THREATENED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | INMATE # | DATE | TIME | AREA | HOUSING UNIT | TYPE OF INCIDENT | STAFF INVOLVED | RANK | NOTICE # | STAFF INJURIES | CHARGES INVOLVED | RESULT # | EXTERNAL AGENCY INVOLVEMENT | INJURIES | STAFF TRANSFERRED FOR TREATMENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| ARTICLE # | FACILITY | DATE | TIME | AREA | DESCRIPTION OF TYPE OF INCIDENT | TYPE OF INCIDENT | STAFF INVOLVED | RANK | OFFICER | STAFF INJURED | INMATE INVOLVED | MED # | EVENTS LEADING TO INCIDENT | PRIMARY | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

## WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | INCIDENT TYPE | STAFF INJURED | RANK | STAFF CAUSED | STAFF INJURED | INMATE INJURED | INMATE # | CONTRIBUTING FACTORS | PATIENT | STAFF/PROVIDER DISCIPLINE? | COMMENTS |
|---|----------|------|------|------|---------------|---------------|---------------|------|--------------|---------------|----------------|----------|---------------------|---------|----------------------------|----------|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSAULT # | FACILITY | DATE | TIME | AREA | DORM/HOUSE TITLE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | ARTICLE # | STAFF INJURIES | INMATE INVOLVED | NYSID # | # OF INMATES INVOLVED | COMPLIANCE IN CUSTODY? | ENTRANT | STAFF PRESENT AT THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | INCIDENT# | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | INCIDENT DESCRIPTION | STAFF INVOLVED | RANK | ISSUE # | STAFF INJURIES | INMATE INVOLVED | EVENTS LEADING TO INCIDENT | OUTCOME | STAFF PERSONNEL FILE OUTCOME | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | JOB CODE # | FACILITY | DATE | TIME | SHIFT | PERSON(S) INVOLVED | DEPARTMENT | STAFF INVOLVED | RANK | OFFICE # | STAFF INJURED | UNITS INVOLVED | AREA # | VISITOR ALONG IN INCIDENT | INCIDENT | OSHA PRISONER OR INCIDENT | INCIDENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | TOUR | NEW YORK STATE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | OTHER | STAFF INJURIES | INMATE INJURIES | VICTIM # | WEAPON USED IN INCIDENT | INCIDENT | WHAT TRIGGERED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | HOSPITAL | FACILITY | UNIT/AREA | DATE | DEPARTMENT/TYPE | TYPE OF INCIDENT | STAFF INMATES | RANK | DISPLAY | STAFF INJURIES | INMATE INJURIES | EMS # | EVENTS LEADING TO INCIDENT | VICTIM/S | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | HOSPITAL # | FACILITY | DATE | TIME | AREA | TYPE OF INCIDENT | STAFF INVOLVED | RANK | OFFICER | STAFF INJURIES | INMATE INVOLVED | NYSID # | CHARGES RELATING TO INCIDENT | VICTIM(S) | WEAPON(S) USED FOR INCIDENT(S) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INJURED | RANK | SETTLED? | STAFF INVOLVED | CHALLENGING | WHO # | EVENTS LEADING TO INCIDENT | PATIENT | WHAT TRIGGERED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | DAY | HOSP/UNIT SITE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | DEPT # | STAFF CO/REF | VISITOR INVOLVED | WCB# | FAMILY/FRIEND/PATIENT | PATIENT | STAFF TRANSFERRED TO EMRT? | CHILDREN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | INSTITUTION | FACILITY | DATE | TIME | MO/Y | INCIDENT TYPE DEPARTMENT | TYPE OF INCIDENT | STAFF INMATE? | RANK | DISPLAY | STAFF INJURIES | INMATE INVOLVED | STEP # | CITED AGENCY TO COMPLY | INCIDENT | STAFF THREATENED OR SECURITY? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | INCIDENT # | FACILITY | DATE | TIME | DAY | LOCATION (TYPE) | TYPE OF INCIDENT | STAFF INVOLVED | RANK | CERT/LIC | STAFF INJURED | INMATE INVOLVED | WEAPON | CONTRABAND INCIDENT | INMATE | SRT/TRAINED RESPONDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

**WORKPLACE VIOLENCE INCIDENTS 2015**

| # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIFT# | STAFF INVOLVED | INMATE INVOLVED | AVERB | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TRANSPIRED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | INCIDENT # | FACILITY | DATE, TIME | AREA | REPORTING UNIT | TYPE OF INCIDENT | STAFF INVOLVED | RANK | ASSIST | STAFF INJURED | INMATE INVOLVED | FORM # | EVENTS LEADING TO INCIDENT | INCIDENT | TIME PERPETRATOR INCIDENT | COMMENTS |
|---|------------|----------|------------|------|----------------|------------------|----------------|------|--------|---------------|-----------------|--------|----------------------------|----------|---------------------------|----------|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| AGENCY# | FACILITY | DATE | TIME | AREA | Incident/Event TYPE | TYPE OF INCIDENT | STAFF ASSAULTED | RANK | DUTY # | STAFF INJURED | INMATE INVOLVED | RESPONSE | DENTAL/DENTAL/OUTPATIENT | INCIDENT | WAS FIREARM UTILIZED IN INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | REPORT | STAFF INJURIES | UNANTICIPATED | WEAPON | EVENTS LEADING TO INCIDENT | INJURY | WHAT TRIGGERED THE INCIDENT | COMMENTS |
|---|----------|------|------|------|---------------|------------------|----------------|------|--------|----------------|---------------|--------|----------------------------|--------|-----------------------------|----------|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | EMPLOYEE | FACILITY | DATE | TIME | AREA | PROPERTY/ EQUIP TITLE | STAFF OR CLIENT | STAFF INVOLVED | RANG. | SHIFT | # | STAFF OR CLIENT | POLICE INVOLVED | OTHER | EVENTS LEADING TO INCIDENT | INCIDENT | PD/RECT | WHAT TRIGGERED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|