# Exhibit AA
## of the Proposed First Amended and Supplemental Complaint

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADM/OP# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ARRESTER | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT HAPPENED TO THE INCIDENT | CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADD/CON # | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TIER | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS ASSIGNED TO INCIDENT | WHAT TRANSPIRED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*(Table data illegible/too faded to transcribe reliably.)*

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADDTP # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT CAUSED/ENDED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSOCIATED | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PERSON(S) AT THE TIME INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | WCCTC # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | WAS TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSETION | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURED | INMATE INVOLVED | NYSID # | INMATE INJURED | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSIGN# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSPIRED THE INCIDENT | COMMENTS |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|---------|-----------------|----------------------------|------------------------------|----------|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ABSTRACT # / FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF NUMBERS | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARRESTOR # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO STATEMENT | WHAT DAMAGE TO THE INSTRUCT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | STAFF PERSON(S) TO THE INCIDENT | STAFF RELATED TO INCIDENT | WHAT PERSON(S) TO THE INCIDENT | COMMENTS |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|--------|-----------------|-------------------------------|---------------------------|-------------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADOC/DOJ | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | AREA OF FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURED | INMATE(S) INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADISTAD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF ASSAILANT | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT FOLLOWED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ABSCODE # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYP | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INJURED | NYSID # | INMATE INJURIES | IS N/A LEAVING TO INFIRMARY | WHAT PERSON FED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADOC OC # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | #/SUSPECT/VALIDATED | RANK | BUREAU # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRIGGERED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | STATE # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMISS # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PERSON FIRED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N/A | KVDC | 4/24/2015 | 14:10 | RNDC 4 Lower South | | UOF | Steven Perrault | COA | 13370 | N/A | | | N/A | | | |
| | KMDC | 4/23/2015 | 20:45 | RNDC 4 Upper | | UOF | John Coello | COA | 13190 | N/A | | | | | | |
| | GMDC | 4/22/2015 | 11:00 | RNDC 6 Lower | | UOF | Jason Flores | | N/A | | N/A | Vincent Edwards | 9765421VL | N/A | | | |
| | GRVC | 4/21/2015 | 11:05 | Central Intake | | Chemical A/S | Steven Glenn | 13191 | 497 | N/A | | Steven Dunn | 4792723GI | N/A | | | |
| | | OBCC | 4/22/2015 | 09:30 | | | | | | | | | | | | | |
| | AMKC | 4/24/2015 | 14:15 | 4 New Mods-top of gate 113 | | UOF | Scott Dunham | CO | 13358 | N/A | | David Powell | | N/A | | | |
| | GMDC | 4/23/2015 | 06:30 | RNDC 7 East | | UOF | David Gibson | CO | 14156 | N/A | | Dwayne Roberts | 12752741 | N/A | | | |
| | KVDC | 4/22/2015 | 08:10 | RNDC 3 North | | UOF | Robert Rogers | CO | 12195 | N/A | | Kendley Wilson | 47724541 | N/A | | | |
| | | GRVC | 4/22/2015 | 15:40 | Upland Area | | Chemical A/S | Taylor Santoli Davis | CO | 13410 | N/A | | Aaron Smith | 4567576HB | N/A | | | |
| | OBCC | 4/20/2015 | 13:45 | | | A/S | Juan Martinez | COB | 11479 | N/A | | Darden Reid | 4582710NM | N/A | | | |
| | GRVC | 4/26/2015 | 13:00 | 2 South Work | | A/S | Unknown | Lanksville | 14385 | 1849 | N/A | | Hector Ruiz | 6642518NC | N/A | | Reporting inmate involvement | Provided out of area for public safety |
| | GMDC | 4/25/2015 | 18:50 | Quad Lower | | Chemical A/S | Lisa Dankyke | Lanksville | 11195 | 3184 | N/A | | N/A | | N/A | | | |
| | AMKC | 4/23/2015 | 20:36 | Quad Lower | | A/S | Doug Williams | COA | 14357 | | N/A | | Shawn Vincent | 4443507USA | N/A | | | |
| | GRVC | 4/25/2015 | 18:30 | BWUE | | UOF | Shelton Smith | CO | 1234 | N/A | | Shelton White | 4452347GI | N/A | | | |
| | KMDC | 4/24/2015 | 13:15 | RNDC 4 South | | UOF | Steve Dunham | COA | 13403 | 4381 | N/A | | Chandler Doyle | 4752527NM | N/A | | | |
| | N/A | KMDC | 4/25/2015 | 18:00 | RNDC 6 Lower South | | UOF | Diamond Porter | COA | 170 | N/A | | Damon Kennedy | 12847426NC | N/A | | | |
| | N/A | GMDC | 4/27/2015 | 12:00 | Marshall Building | | Stabbing | Marshall Rollinsg | CO | N/A | N/A | | Michael Davis | 4997048GI | N/A | | | |
| | N/A | RNDC | 4/27/2015 | 06:30 | RNDC 4 Upper North | | Stabbing | Kurt Park | COA | 9930 | N/A | | Robert Williams | 12691045 | N/A | | | |
| | N/A | AMKC | 4/27/2015 | 13:00 | RNDC 4 West | | Stabbing | Randy Chen | CO | 1000 | | N/A | Participated in fight with inmate Mgr | Provided in field area and inmate Mgr | Inmate HMA | N/A | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENT LEADS TO INCIDENT | WAS IT FORESEEN? IF SO WHAT? | INCIDENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | FIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PROMPTED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | MONTH OF | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | WHAT GENERATED THE INCIDENT | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADDED OP | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | DISAFFIRMATED | SWIPE # | INMATE INVOLVED | INJURY LEADING TO INJURY | WHAT TERMINATED THE COMBAT? | CASUALTY'S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARREST # / FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | TEAP INCIDENT | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | USSAT DEMONSTRATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADDRESS | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|-------|-----------------|----------------------------|------------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ABSCO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | EVIDENCE |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|---------|-----------------|----------------------------|------------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADATOR # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INJURED | RANK | SHIELD # | STAFF INJURED | RANK | SHIELD # | STAFF INJURED | INMATE INJURED | EVENTS LEADING TO INCIDENT | WHAT TRIGGERED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMISSION | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMISS # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF PARTNER | INMATE INVOLVED | NYSID # | INMATE PARTNER | WAS INCIDENT | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| AG&SO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PERTAINS TO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | Description | INMATE INVOLVED | INMATE ID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| ADOC/AG# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSPIRED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADM/DOC # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | RELATIONSHIP | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGS ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | CONDITIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| ADD STOP # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INJURED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PRECIPITATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| ADMISSION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PERSON USED/THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ROSTER # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | STAFF PERSONATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | POSITION | FACILITY | DATE | TIME | AREA | LOCKING (UNIT) TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | SYSTEM LEADING TO INCIDENT | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT/ TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WAS PERIMETER THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSTON# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INJURED/DATE | RANK | SHIELD # | STAFF INJURED | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRIGGERED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ABSCOND/FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENT LEADING TO INCIDENT | WHAT LEAD INTO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADMSSN # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|----------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|---------|-----------------|---------------------------|------------------------------|----------|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | NYSID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | POINTS LEADING TO INCIDENT | WHAT LED/REACTION TO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | KDOC ID# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | FIELD# | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | EVENTS AGAINST/IN INTEREST | WHAT PROMPTED THE INCIDENT? | CONDITIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INITIATED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT PROMPTED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADD/STOP | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## WORKPLACE VIOLENCE INCIDENTS 2015

| # | DOC TO# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSPIRED THE OUTBURST | COMMENTS |
|---|---------|----------|------|------|------|-------------------|------------------|----------------|------|----------|----------------|-----------------|---------|-----------------|----------------------------|------------------------------|----------|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSEVMP | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | SYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION | FACILITY | DATE | TIME | AREA | HOUSING UNIT/TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID# | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT TRANSPIRED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AISO/DOC | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | EVENTS LEADING TO INCIDENT | WHAT LED/NEXT TO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| ADECID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | INMATE INJURIES | INMATE ASSIGNED TO THE INCIDENT | WHAT PERSON STARTED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|