# Exhibit BB
## of the Proposed First Amended and Supplemental Complaint

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| # | LOCATION | FACILITY | DATE | TIME | AREA | ROLE OF VICTIM | TYPE OF INCIDENT | STAFF RESPONSE | RANK | MODULE | STAFF INJURED | INMATE INJURED | ACTION | INMATE MOVED | EVENTS LEADING TO INCIDENT | WHAT INCIDENT/WHAT HAPPENED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015