# Exhibit CC
## of the Proposed First Amended and Supplemental Complaint

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUSTAID # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSECOD # | FACILITY | DATE | TIME | AREA | USE OF FORCE TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADVSYND # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSAULT ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AOBUOD # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ASSET/UOF # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADW/UOF # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | B&C # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADS/UOD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUSCAD # | FACILITY | DATE | TIME | AREA | IS INSIDE ... TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUDIT ON # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUST UD # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | [illegible] UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AIMS/UID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MAY | | | | | | | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSFCOD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUTO FORM # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ARS NO # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGNCOD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUDCOD # | FACILITY | DATE | TIME | AREA | PERPETRATOR TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUTOCAD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADM/UOF # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY ID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADW/CID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | [illegible] | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AOS/CASE # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AOS-TAD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TITLE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUSTAID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUS/CUD # | FACILITY | DATE | TIME | AREA | RESPONSIBLE UNIT TITLE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ACCT/UOF # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] | FACILITY | DATE | TIME | AREA | [illegible] | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSC/UOF # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUSCUD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATES INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADUCOD# | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AIS/CAD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AOR/COB # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADST UID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | ADSVID # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUS/CUD # | FACILITY | DATE | TIME | AREA | RESPONDING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AUSCUD # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | DATE | TIME | AREA | ICE/NON-ICE TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT PRECIPITATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | [illegible] # | FACILITY | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | INMATES INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TERMINATED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |