WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | TYPE OF INCIDENT TYPE | STAFF INVOLVED | RANK / TITLE | STAFF INJURED | INMATE INVOLVED | AGENCY | INVESTIGATING INCIDENT | INTAKE | WAS THE INMATE THE DEFENDANT ? | COMPLAINT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | DOA | MISCONDUCT INCIDENT TYPE | STAFF INVOLVED | STAFF INJURIES | RANK | STAFF CHARGES | INMATE INVOLVED | INMATE# | INMATE CHARGED W/ INCIDENT | INCIDENT | WHAT PRECIPITATED INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | UNIT | DATE | AREA | TYPE OF INCIDENT | DEPARTMENT | SUSPENDED | DAYS | FIXED # | STAFF PATIENT | DISCIPLINED | VERBAL | PHYSICAL | LEVEL 1 | LEVEL 2 | INCIDENT | INCIDENT ITEM | OTHER (INCLUDE DESCRIPTION) | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| SURVEY # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | STAFF or INMATE | STAFF ON LEAVE | RANK | DETAILS | STAFF INJURED | INMATE INJURED | OTHER | EVENTS LEADING TO INCIDENT | FOLLOW UP | STAFF WITNESS TO THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | MONTH | FACILITY | DATE | TIME | CELL | INCIDENT TYPE | TYPE PATIENT | STAFF ASSAULTED | RANK | OFFICER | STAFF INJURED | STAFF INVOLVED | POLICE | SYSTEM LOCKDOWN INCIDENT | PATIENT | TOTAL TERMINATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | SHIFT # | DATE | TIME | AREA | INCIDENT TYPE OF INCIDENT | STAFF INVOLVED | RANK | BOTTLE # | STAFF INJURED | CHARGES INVOLVED | PEPPER SPRAY # | CORRECTION ACTION/INCIDENT | INJURIES | STAFF TRANSFERRED FOR TREATMENT | COMMENTS |
|---|---------|------|------|------|---------------------------|----------------|------|----------|---------------|------------------|----------------|----------------------------|----------|--------------------------------|----------|
| | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| ARTICLE # | FACILITY | DATE | TIME | AREA | REPORTED INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | DETAILS | STAFF INJURED | INMATE INVOLVED | EVENTS LEADING TO INCIDENT | PRIMARY | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | AREA | RESIDENT/INMATE TYPE if INCIDENT TYPE | STAFF INVOLVED | TYPE | WEAPON # | DESCRIPTION | INMATE INVOLVED | STAFF # | EMPLOYEE/ASSIGNMENT | INJURY | STAFF THREATENED OR INVOLVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | HOSPITAL | STAFF ASSAULTED | INMATE INVOLVED | SR ID # | CONTRABAND/WEAPON | INJURY | STAFF/INMATE INJURY | COMMENTS |
|---|----------|------|------|------|---------------|------------------|----------------|------|----------|-----------------|-----------------|---------|-------------------|--------|---------------------|----------|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | DATE | TIME | AREA | HOUSING UNIT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | INMATE # | STAFF INJURIES | INMATE INVOLVED | WEAPON | A WEAPON USED IN INCIDENT? | INCIDENT | WHAT PRECEDED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | WEAPONS/INCIDENT TYPE | CHARGES DOCUMENTED | GANG | VICTIM # | STAFF INJURIES | INMATE INJURIES | STAFF | SYSTEM LEADING TO INCIDENT | DETAINEE | STAFF PROVOKED THE DETAINEE? | EMERGENCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | JAIL | INFRACTION TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURED | INMATES INVOLVED | VICTIM # | STAFF RACES DURING INCIDENT | INCIDENT | WHAT TRIGGERED THE INCIDENT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | INCIDENT # | FACILITY | DATE | TIME | AREA | DEPARTMENT | TYPE OF INCIDENT | STAFF INMATE(S) | RANK | DISPLAY | STAFF INJURIES | INMATE(S) INJURED | EVENTS # | EVENTS LEADING TO INCIDENT | DISTRICT | WHAT PRECIPITATED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | HOUSE/AR # | FACILITY | DATE | TIME | AREA | NUMBER/HAT INJURY | TYPE OF INCIDENT | STAFF INVOLVED | RANK | OFFICER | STAFF INJURED | INMATE INVOLVED | INMATE # | CHARGES/LEADING TO INCIDENT | VICTIM? | WEAPON USED (IF NEEDED) | COMMENT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INJURED | RANK | SETTLED? | STAFF OFFENDER | INMATE OFFENDER | WEAP # | EVENTS LEADING TO INCIDENT | PATIENT | WHAT TRIGGERED THE INCIDENT? | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INSTANCE # | FACILITY | DATE | TIME | JURISDICTION TYPE | HOW NOTIFIED | STAFF INVOLVED | RANK | DETAIL | STAFF INJURED | VISITOR | OFFENDER # | ASSAILANT | STAFF INJURED INCIDENT | PATIENT | STAFF TRANSPORTED (INPART) | INCIDENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| INCIDENT # | MONTH | DATE | TIME | AREA | TYPE OF INCIDENT/REPORTED TO | STAFF INVOLVED | RANK | SHIELD # | STAFF INJURIES | EMPLOYEE | CHALLENGES RAISED | SUPERVISOR | CONTROLLING INCIDENT | INCIDENT | WAS PERSONNEL EM PRESENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | SHIFT | INCIDENT TYPE | DEPARTMENT TYPE | STAFF INMATE | STAFF ASSAULT | RANK | DISPLAY | STAFF INJURIES | INMATE INVOLVED | STEP # | TENTED AGENCY/COMPANY | INCIDENT | STAFF PRESENCE/DISCONTINUITY | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | DAY | INCIDENT TYPE | TYPE INCIDENT | STAFF INVOLVED | RANK | GENDER | STAFF INJURED | PHYSICAL ASSAULT | VERBAL | CUSTODY/CUSTODY INCIDENT | ASSAILANT | UNIT/TRAINING/DEPARTMENT | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | HOSPITAL # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | SHIFT# | STAFF INJURIES | INMATE INVOLVED | AVERA | STAFF LEADING TO INCIDENT | INCIDENT | HOW FINANCIAL THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | AGENCY # | FACILITY | INST. TYPE | AREA | REASON THE LEFT | TYPE OF INCIDENT | STAFF INITIALED | RANK | GENDER | STAFF INJURED | INMATES INVOLVED | INMATE # | EVENTS LEADING TO INCIDENT | INCIDENT | THAT PROLONGED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | INCIDENT # | FACILITY | DATE | TIME | AREA | REPORTING TYPE | STAFF INCIDENT | STAFF INVOLVED | RANK | OFFICER # | STAFF INJURIES | INMATE INVOLVED | NYSID # | EVENTS LEADING TO INCIDENT | INCIDENT | WHAT TRANSPIRED DURING INCIDENT | LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| ASSIGN # | FACILITY | DATE | TIME | SEX | ROBBERY/THEFT TYPE | TYPE OF INCIDENT | STAFF ASSAULTED | RANK | POSITION | STAFF INJURIES | INMATE INVOLVED | INJURY | DETAILS ACTION TAKEN BY DEPT | INCIDENT | THAT TRIGGERED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

# WORKPLACE VIOLENCE INCIDENTS 2015

| # | DATE/TIME | FACILITY # | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | BADGE # | STAFF INJURIES | UNSUBSTANTIATED | NYSDA | CENTRAL LOGGING INCIDENT | INCIDENT | WHAT TRIGGERED THE INCIDENT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

WORKPLACE VIOLENCE INCIDENTS 2015

| # | FACILITY | DATE | TIME | AREA | INCIDENT TYPE | TYPE OF INCIDENT | STAFF INVOLVED | RANK | GRIEVANT | STAFF ASSAULT | INMATE INVOLVED | OTHER | STAFF LEAVING THE INCIDENT | INCIDENT | WERE THE POLICE DEPARTMENT | GRIEVANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |