

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

WILLIAM S.J. FRAENKEL
Labor and Employment Law Division
phone: (212) 356-2434
fax: (212) 356-1148
email: wfraenke@law.nyc.gov


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-2018

**MEMO ENDORSED**

October 30, 2018

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Correction Officers' Benevolent Ass'n v. City Of New York, et al.*,
          Civil Action No.: 17 Civ. 2899 (LTS)(JCF)
          Law Dept. No. 2017-018199

Dear Judge Swain:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, attorney for defendants in this action. I write to request an extension from November 2nd until November 16th, of Defendants' time to respond to plaintiffs' motion to file a first amended and supplemental complaint ("FAC") (Dkt Nos. 56-61). Plaintiffs' counsel consents to this requested extension.

      The basis for the request is that the Assistant Corporation Counsel assigned to this matter, Alan M. Schlesinger, suffered the loss of a close family member over the weekend. As a consequence, Mr. Schlesinger will not be available for the remainder of this week and possibly a portion of next week and is the person in our Office most familiar with this matter.

      The parties also request that after Defendants serve their response Plaintiffs' counsel be afforded time to review the responsive papers and then propose to the Court a date by which to file a reply.

      I appreciate the Court's attention to this matter.

*The foregoing requests are granted. DE# 65 Resolved.*

SO ORDERED:

/s/ [signature] 10/31/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
/s/
William S.J. Fraenkel
Assistant Corporation Counsel

cc: Koehler & Isaacs, LLP (By ECF)