# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
_____

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352

November 26, 2018

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

                **Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al.  17 v. 2899 (LTS)**

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter. We write in furtherance of the parties' previous correspondences regarding the briefing schedule for Plaintiffs' first motion to file an amended and supplemented complaint. The Court approved the parties' joint request to propose a date for Plaintiffs' reply after Defendant City filed its responsive papers. (See Dkts 65-66). Accordingly, Plaintiffs propose January 25, 2019 for their Reply. The City's counsel consents.

An extension of this length is requested because I am currently occupied with extensive discovery and deposition deadlines for several cases, some which have fact discovery deadlines expiring in December and January. Additionally, I must also consult with a number of resources when preparing the reply and the holiday schedule (both past and upcoming) presents a challenge to do so timely. Thank you for your time and consideration of this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By:  *Cynthia Devasia*
     Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*