# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2019

**MEMO ENDORSED**

January 15, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

Re: **Correction Officers' Benevolent Association et. al. v. City of New York, et al.  17 v. 2899 (LTS)**

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter. The Court previously approved the parties' joint request to set January 25, 2019, as the date for Plaintiffs' Reply in connection with the pending motion to file an amended and supplemented complaint. We write to request an extension of this deadline to February 25, 2019. I have been unable to take the necessary steps to prepare the Reply due to the departure of an attorney from our firm which resulted in my assuming responsibility for ten to twelve cases and attendant deadlines requiring immediate attention. Counsel for the City has kindly consented to this extension.

Thank you for your time and consideration of this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By: _____Cynthia Devasia_____
        Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*

*The requested extension is granted. DE 70 is resolved.*

SO ORDERED: 1/16/2019

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE