# KOEHLER & ISAACS LLP
### ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

JEANNETTE BALDASARRE
A. JAMES BELL
LIAM L. CASTRO
SONYA CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
TALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL

**MEMO ENDORSED**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-2019

February 21, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al.  17 v. 2899 (LTS)

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter and write in connection with Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Leave to File an Amended and Supplemental Complaint (Reply Memo) which is due to be filed no later than Monday, February 25, 2019. In accordance with your Individual Rules, we write to request the Court's permission for a seven (7) page extension for Plaintiffs' Reply Memo. Counsel for the City has kindly consented to this request.

Thank you for your time and attention to this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By:  *Cynthia Devasia*
Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*

The request is granted.
DE 72 is resolved.

SO ORDERED:
[signature]
Feb 21 2019
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE