

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALAN M. SCHLESINGER<br>Senior Counsel<br>(212) 356-2628<br>aschlesi@law.nyc.gov<br>(E-Mail **Not** For Service Of Papers) |
|---|---|---|

April 1, 2019

**By ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Correction Officers' Benevolent Ass'n v. City Of New York, et al.*,
          17 Civ. 2899 (LTS)(JCF)
          Our No. 2017-018199

Dear Judge Swain:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. Defendants write on behalf of all parties to seek an adjournment, without date, of the conference scheduled for April 16, 2019.

      In this case, plaintiffs have moved to amend the complaint. *See* Dkt Nos. 60-61. Defendants have opposed plaintiffs' motion (Dkt. No. 67) and plaintiffs have replied (Dkt Nos. 74-76). The Court has scheduled a conference for April 16, 2019. *See* order, September 19, 2018, Dkt. Entry After Dkt No. 62 ("Set/Reset Hearings: Initial Conference set for 4/16/2019 at 02:00 PM . . ."). The motion has not been decided and it is unlikely that a conference prior to the resolution of this motion would be efficient or fruitful. The parties therefore respectfully request adjournment of the conference to a date convenient to the Court after resolution of the motion.

      Thank you for your consideration of this matter.

                              Respectfully submitted,

                              /s/ *Alan Maer Schlesinger*

                              Alan M. Schlesinger
                              Assistant Corporation Counsel

cc:    Cynthia Devasia
        Koehler & Isaacs, LLP
        (By ECF)