

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-2019

ALAN M. SCHLESINGER
Senior Counsel
(212) 356-2628
aschlesi@law.nyc.gov
(E-Mail **Not** For Service Of Papers)

**MEMO ENDORSED**

April 1, 2019

**By ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Correction Officers' Benevolent Ass'n v. City Of New York, et al.*,
           17 Civ. 2899 (LTS)(JCF)
           Our No. 2017-018199

Dear Judge Swain:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. Defendants write on behalf of all parties to seek an adjournment, without date, of the conference scheduled for April 16, 2019.

      In this case, plaintiffs have moved to amend the complaint. *See* Dkt Nos. 60-61. Defendants have opposed plaintiffs' motion (Dkt. No. 67) and plaintiffs have replied (Dkt Nos. 74-76). The Court has scheduled a conference for April 16, 2019. *See* order, September 19, 2018, Dkt. Entry After Dkt No. 62 ("Set/Reset Hearings: Initial Conference set for 4/16/2019 at 02:00 PM . . ."). The motion has not been decided and it is unlikely that a conference prior to the resolution of this motion would be efficient or fruitful. The parties therefore respectfully request adjournment of the conference to a date convenient to the Court after resolution of the motion.

      Thank you for your consideration of this matter.

The conference is adjourned to June 28, 2019, at 11:15 a.m. as a control date. DE #77 resolved.

Respectfully submitted,

/s/ *Alan Maer Schlesinger*

Alan M. Schlesinger
Assistant Corporation Counsel

SO ORDERED:

/s/ Laura Taylor Swain 4/3/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Cynthia Devasia
    Koehler & Isaacs, LLP
    (By ECF)