# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
MICHAEL R. BERTSCHI
LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN FELDER
GABRIEL GREENBERG
JOEY JACKSON
DAWN K. KELLY
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
GREG WATFORD
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352

April 30, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

                **Re: Correction Officers' Benevolent Association et. al. v.
                City of New York, et al.  17 v. 2899 (LTS)**

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter and write regarding your Order dated April 26, 2019 (Dkt.79) directing the parties to file supplemental briefing in connection with Plaintiffs' pending motion to amend. After consultation with defendants, we respectfully request an extension of the filing times and propose the following schedule stipulated to by the parties:

Plaintiffs' Supplemental Brief – by Friday, May 17, 2019
Defendants' Response – by Friday, May 31, 2019

Thank you for your time and consideration of this request.

Respectfully submitted,

KOEHLER & ISAACS LLP
By:  *Cynthia Devasia*
     Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*