

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ALAN M. SCHLESINGER
Senior Counsel
(212) 356-2628
aschlesi@law.nyc.gov
(E-Mail **Not** For Service Of Papers)

May 10, 2019

**By ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  *Correction Officers' Benevolent Ass'n v. City Of New York, et al.*,
           17 Civ. 2899 (LTS)
           Our No. 2017-018199

Dear Judge Swain:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. Defendants write on behalf of all parties to seek a two-week extension of the supplemental briefing schedule concerning plaintiffs' motion to amend the complaint. This request is due to an unexpected family medical emergency, which is expected to cause the absence of plaintiffs' counsel for at least the next week.

      Plaintiffs have moved to amend the complaint. *See* Dkt Nos. 60-61. Defendants opposed plaintiffs' motion (Dkt. No. 67) and plaintiffs replied (Dkt Nos. 74-76). The Court ordered supplemental briefing on this motion (Dkt No. 79) and the Court granted a first extension of the briefing schedule by which plaintiffs' supplemental brief is due May 17th, and defendants' supplemental brief is due May 31st (order, Dkt. No. 81).

      The two-week extension requested by the parties would make plaintiffs' supplemental brief due May 31st and defendants' supplemental brief due June 14th. In addition, the Court has also scheduled a conference for June 28, 2019, as a control date. *See* order, Dkt. No. 78. The parties respectfully suggest the adjournment of this control conference to a date convenient to the Court after resolution of the motion.

**HONORABLE LAURA TAYLOR SWAIN**
United States District Judge
Correction Officers' Benevolent Ass'n v. City Of New York, et al. ,
17 Civ. 2899 (LTS)
May 10, 2019
Page 2

    Thank you for your consideration of these requests.

                Respectfully submitted,

                /s/ *Alan Maer Schlesinger*

                Alan M. Schlesinger
                Assistant Corporation Counsel

cc:  Cynthia Devasia
    Koehler & Isaacs, LLP
    (By ECF)