# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
————
JEANNETTE BALDASSARRE
JAMES BELL
LIAM L. CASTRO
SONYA G. CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352



May 29, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

**Re: Correction Officers' Benevolent Association et. al. v.
City of New York, et al.  17 v. 2899 (LTS)**

Dear Judge Swain:

We are counsel to the Plaintiffs in the above referenced matter and write in connection with the Plaintiffs' pending Supplemental Brief currently due May 31, 2019. In accordance with your Individual Rules, we write to request the Court's permission for a two (2) page extension of the page limits from five (5) pages to seven (7) pages. We also request the same page extension be granted for the City's responding Supplemental Brief.

We initially contacted counsel for the City earlier this week and he kindly consented to our request which, at that time, was for a one (1) page increase. The need for the increase of two pages was not identified until late tonight as the undersigned has recently been in and out of the office due to an ongoing family medical emergency. While an e-mail was immediately sent to opposing counsel seeking consent for seven (7) pages instead of the agreed upon six (6) pages, we have not been able to connect as of the filing of this request. We respectfully request Your Honor grant our request for a two (2) page extension for both sides' briefs. Thank you for your time and attention to this request.

Respectfully submitted,
KOEHLER & ISAACS LLP
By:     *Cynthia Devasia*
         Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*