# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS
———
JEANNETTE BALDASSARRE
JAMES BELL
LIAM L. CASTRO
SONYA G. CHAZIN
RENA C. DAWSON
CYNTHIA DEVASIA
GABRIEL GREENBERG
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE PEARLMAN SCHATZ
ANN SCHNEIDER
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917) 551-1352



May 30, 2019

**VIA ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street – Courtroom 17C
New York, New York 10007-1312

           **Re: Correction Officers' Benevolent Association et. al. v.
           City of New York, et al.  17 v. 2899 (LTS)**

Dear Judge Swain:

We write in furtherance of our application filed yesterday requesting a two (2) page extension for both parties in connection with their respective pending Supplemental Briefs (Dkt. #84), to inform the Court that counsel for the City has consented to the application.

Respectfully submitted,
KOEHLER & ISAACS LLP
By: _Cynthia Devasia_
    Cynthia Devasia, Esq.

cc: Alan Schlesinger, Esq. *(via ECF)*