**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION, INC., et al.,
                Plaintiffs,

-against-

CITY OF NEW YORK, et al.,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/19

17 CIVIL 2899 (LTS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated November 20, 2019, Plaintiffs' motion for leave to amend the complaint is denied and judgment is entered dismissing the complaint pursuant to Federal Rule of Civil Procedure 41(b); accordingly, the case is closed.

**Dated:** New York, New York
        November 20, 2019

                                            **RUBY J. KRAJICK**
                                               Clerk of Court

**BY:** _Kmango_
                                               Deputy Clerk