UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CORRECTION OFFICERS' BENEVOLENT ASSOCIATION,
INC., ANTHONY ROMANO, individually
and on behalf of all others similarly situated, BRYAN ASHENDORF
individually and on behalf of all others similarly situated,
and JOHN and JANE DOES 1 – 2,000,

                                                                    **17-CV-2899 (LTS)**

                         Plaintiffs,

                                                                      **NOTICE OF APPEAL**

        -against-

THE CITY OF NEW YORK, MAYOR BILL DE BLASIO,
NEW YORK CITY DEPARTMENT OF CORRECTION, and
COMMISSIONER CYNTHIA BRANN[1],

                        Defendants.
------------------------------------------------------------------------X

Notice is hereby given that the following parties: CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC., ANTHONY ROMANO, BRYAN ASHENDORF and JOHN and JANE DOES 1 – 2,000, collectively the "Plaintiffs" in the above named case, appeal to the United States Court of Appeals for the Second Circuit from the Judgment and Order entered on November 20, 2019, denying Plaintiffs' Motion for Leave to Amend the Complaint and dismissing this action.

Dated: December 18, 2019
       New York, NY

                                                        KOEHLER & ISAACS LLP
                                                        *Attorneys for All Plaintiffs*
                                                        61 Broadway, 25th Floor
                                                        New York, NY 10006

                                                        Cynthia Devasia (CD 0320)

---

[1] By Opinion and Order dated May 30, 2018, Opinion & Order which dismissed the Original Complaint in this action without prejudice, this Court substituted original Defendant Commissioner Joseph Ponte with current Department of Correction Commissioner Cynthia Brann.