MANDATE

N.Y.S.D. Case #
17-cv-2899(LTS)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand twenty.

_____

Correction Officers' Benevolent Association, Inc., Anthony Romano, individually and on behalf of all others similarly situated, John and Jane Does 1-2000, Bryan Ashendorf,

        Plaintiffs - Appellants,

Tiffani Dublin, individually and on behalf of all others similarly situated, Matthew Hines, individually and on behalf of all others similarly situated, Francis Castro, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

City of New York, Mayor Bill de Blasio, New York City Department of Correction, Commissioner Cynthia Brann,

        Defendants - Appellees.

_____

**ORDER**
Docket No. 19-4242

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 19 2020

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/19/2020